UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | |
| v. | : | C.A. No. 04-163S |
| TREVI ICOS CORPORATION, Defendant. | : | |

ANSWER OF DEFENDANT TREVIICOS CORPORATION

Now comes TREVIICOS Corporation ("TREVIICOS"), defendant in the above-captioned matter and hereby answers the numbered paragraphs of the plaintiffs' Complaint as follows:

1. TREVIICOS denies that this action is appropriate under the provisions of 29 U.S.C. §1001, *et seq.*

2. The allegations of this paragraph constitute conclusions of law to which no answer is required.

3. The allegations of this paragraph constitute conclusions of law to which no answer is required.

4. The allegations of this paragraph constitute conclusions of law to which no answer is required.

5. The allegations of this paragraph constitute conclusions of law to which no answer is required.

6. The defendant is without sufficient information or knowledge so as to form a belief as to the allegations of this paragraph and, therefore, denies the same.

7. TREVIICOS admits that it is a Massachusetts corporation. The remaining allegations of this paragraph constitute conclusions of law to which no answer is required.

8. The allegations of this paragraph constitute conclusions of law to which no answer is required. To the extent an answer is required, TREVIICOS specifically denies that this Court has jurisdiction over this dispute under the provisions of 29 U.S.C. §1001, *et seq*.

9. Upon information and belief, TREVIICOS admits the allegations of paragraph 9 of plaintiff's Complaint.

10. Upon information and belief, TREVIICOS admits the allegations of paragraph 10 of plaintiff's Complaint.

11. TREVIICOS denies the allegations of paragraph 11 of plaintiff's Complaint on the ground that the Agreement and Declaration of Trust are documents in writing, the terms of which speak for themselves.

12. TREVIICOS denies the allegations of paragraph 12 of plaintiff's Complaint on the ground that the Agreement and Declaration of Trust are documents in writing, the terms of which speak for themselves.

13. TREVIICOS admits that it is a party to a Collective Bargaining Agreement and denies any remaining allegations of paragraph 13 of plaintiff's Complaint on the ground that the collective bargaining Agreement is a document in writing, the terms of which speak for themselves.

14. TREVIICOS denies the allegations of paragraph 14 of plaintiff's Complaint.

15. TREVIICOS denies the allegations of paragraph 15 of plaintiff's Complaint.

<u>Affirmative Defense No. 1</u>

The Plaintiffs have failed to state a claim upon which relief can be granted.

<u>Affirmative Defense No. 2</u>

Plaintiffs' claims are barred due to an insufficiency of proper or effective service of process.

<u>Affirmative Defense No. 3</u>

Plaintiffs' claims are barred for a lack of subject matter jurisdiction.

<u>Affirmative Defense No. 4</u>

Plaintiffs' claims are barred under the Doctrine of Estoppel.

<u>Affirmative Defense No. 5</u>

Plaintiffs' claims are barred under the Doctrine of Waiver.

<u>Affirmative Defense No. 6</u>

Plaintiffs' claims are barred for a lack of consideration.

<u>Affirmative Defense No. 7</u>

The Plaintiffs in this case lack standing because there is no case or controversy.

<u>Affirmative Defense No. 8</u>

Plaintiffs' claims are barred based on a failure to arbitrate the claims.

WHEREFORE, TREVIICOS Corporation prays that:

1. This action be dismissed with prejudice;

2. The Court award it reasonable costs in defending this action; and

3. The Court award it such other and further relief as it deems just and proper.

**TREVIICOS CORPORATION,**
By its attorneys,

R. Daniel Prentiss, # 0783
Jennifer Cervenka, # 6340
John P. Walsh # 6709
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax. (401) 553-6850

Dated: June 15, 2005

## CERTIFICATION

The undersigned below hereby certify that a true copy of the foregoing Answer of Defendant TREVIICOS Corporation was sent via first class mail, postage prepaid on this 15th day of June, 2005 to Elizabeth Wiens, Esquire, 18 Imperial Place, Suite 1D, Providence, RI 02903.

# 2987561_v1