**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
AUG 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPTENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs,*

v. C.A. No. 04-163S

TREVI ICOS CORPORATION,
*Defendant.*

**JOINT MOTION TO EXTEND DISCOVERY PERIOD AND AMEND THE COURT'S PRETRIAL ORDER**

Now come Plaintiffs and Defendant, through counsel, and hereby move this Court for an order enlarging the pre-trial factual discovery deadline to **October 9, 2005**, the dispositive motion deadline to **October 23, 2005** and the deadline to respond to dispositive motions to **October 30, 2005.** The parties require additional time beyond the current September 9, 2005 deadline in which to complete discovery. Defendant has requested a two-week extension of time to respond to Plaintiffs' discovery requests; Plaintiffs, in turn, require additional time to review Defendant's responses and to perform any other needed paper discovery. The parties submit that the additional thirty (30) days for discovery will provide adequate time for the parties to review discovery requests and to conclude any other outstanding discovery.

AGREED AND CONSENTED TO:

On behalf of the Plaintiffs,
By their Attorney,

Elizabeth Wiens, Esq. #6827
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

On behalf of Defendant,
By its Attorney,

Jennifer Cervenka, Esq. #6340
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax.(401) 553-6850

Dated: August 19, 2005

GRANTED

William E. Smith
U.S. District Judge
8/24/05