UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
Plaintiffs,
v.

TREVIICOS CORPORATION,
Defendant

RECEIVED
AUG 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. No. 04-163S

## STIPULATION

The plaintiffs, Rhode Island Carpenters Annuity Fund, Rhode Island Carpenters Pension Fund, Rhode Island Carpenters Vacation Fund, Rhode Island Carpenters Health Fund and Donald Lavin, in his official capacity as Co-Administrator of the Funds, and the defendant, Treviicos Corporation, hereby stipulate that this defendant may have up to and including September 6, 2005, to provide discovery responses.

RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds

By their attorneys,

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852
Tel.: 401-294-4700
Fax 401-294-4702

Dated: 8/24/05

Defendant TREVIICOS Corporation,

By its attorneys,
HOLLAND & KNIGHT LLP

R. Daniel Prentiss, Esquire (#0783)
Jennifer Cervenka, Esquire (#6340)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel: 401-751-8500
Fax: 401-553-6850

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
8/30/05