**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPTENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs*,

v.

TREVI ICOS CORPORATION,
*Defendant*.

C.A. No. 04-163S

**JOINT MOTION TO EXTEND DISCOVERY PERIOD AND AMEND THE COURT'S PRETRIAL ORDER**

Now come Plaintiffs and Defendant, through counsel, and hereby move this Court for an order enlarging the pre-trial factual discovery deadline to **October 10, 2005**, the dispositive motion deadline to **October 24, 2005** and the deadline to respond to dispositive motions to **October 31, 2005.** The reason for the extension is that the previous deadlines of October 9, October 23, and October 30 all were Sunday deadlines. Plaintiffs and Defendant request that the deadlines be extended one day so that they each fall on a Monday.

AGREED AND CONSENTED TO:

On behalf of the Plaintiffs,
By their Attorney,

Elizabeth Wiens, Esq. #6827
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

On behalf of Defendant,
By its Attorney,

Jennifer Cervenka, Esq. #6340
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax.(401) 553-6850

Dated: August 31, 2005