**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
SEP 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPTENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs*,

v. C.A. No. 04-163S

TREVI ICOS CORPORATION,
*Defendant*.

**JOINT MOTION TO EXTEND DISCOVERY PERIOD AND AMEND THE COURT'S PRETRIAL ORDER**

Now come Plaintiffs and Defendant, through counsel, and hereby move this Court for an order enlarging the pre-trial factual discovery deadline to **November 10, 2005**, the dispositive motion deadline to **November 28, 2005** and the deadline to respond to dispositive motions to **December 5, 2005.** The reason for the extension is that the Plaintiffs and Defendant require additional time to complete paper discovery and conduct depositions.

GRANTED
William E. Smith
U.S. District Judge
9/22/05