UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS ANNUITY FUND, :
RHODE ISLAND CARPENTERS PENSION FUND, :
RHODE ISLAND CARPENTERS VACATION FUND, :
RHODE ISLAND CARPENTERS HEALTH FUND and :
DONALD LAVIN, in his official capacity as :
Co-Administrator of the Funds :
Plaintiffs :
v. : C.A. No. 04-163S
:
TREVI ICOS CORPORATION :
Defendant :

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Defendant Trevi Icos Corporation hereby moves that Robert D. City, Esq. be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- ☐ The case involves the following complex area of the law, in which pro hac vice specializes: ______________________.
- ☒ Robert D. City's long-standing representation of the client: Trevi Icos Corporation, particularly in regard to litigation involving the plaintiff in this case.
- ☐ The local trial bar lacks experience in the field of: ______________.
- ☐ The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ______________.
- ☐ The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ______________________.
- ☐ It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- ☐ Other: ______________________________.

Respectfully submitted,

**TREVI ICOS CORPORATION,**
By its counsel,

R. Daniel Prentiss, #0783
Jennifer Cervenka, #6340
Holland & Knight LLP
One Financial Plaza
Suite 1800
Providence RI 02903
(401) 751-8500 (Telephone)
(401) 553-6850 (Facsimile)

Dated: 9/22/05

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and the District of Columbia and of the following federal district court and/or court of appeals bar(s) U.S. District Court of the District of Columbia, U.S. District Court for the District of Massachusetts, U.S. Court of Appeals District of Columbia Circuit, U.S. Court of Appeals 1st Circuit, U.S. Court of Federal Claims, U.S. Tax Court, U.S. Supreme Court, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| ROBERT D. CITY, ESQ. | R. DANIEL PRENTISS |
| | #0783 |
| | R.I. Bar ID # |
| CITY, HAYES & DISSETTE, P.C. | HOLLAND & KNIGHT LLP |
| Firm Name | Firm Name |
| 50 Congress St., Suite 200 | One Financial Plaza, Suite 1800 |
| Business Address | Business Address |
| Boston, MA 02109 | Providence, RI 02902 |
| (617) 523-3050 Tel. # / (617) 523-5612 Fax # | (401) 751-8500 Tel. # / (401) 553-6850 Fax # |

---

**ORDER:** This motion is hereby ___________________.

_______________________________
U.S. District Judge
Date: _______________