**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPTENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, *Plaintiffs*, | : | |
| v. | : | C.A. No. 04-163S |
| TREVI ICOS CORPORATION, *Defendant*. | : | |

**STIPULATION**

Defendant, Treviicos Corporation, hereby stipulates that Plaintiffs may have up to and including October 31, 2005 to provide discovery responses or object thereto.

AGREED AND CONSENTED TO:

On behalf of the Plaintiffs,
By their Attorney,

Elizabeth Wiens, Esq. #6827
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

On behalf of Defendant,
By its Attorney,

Jennifer Cervenka, Esq. #6340
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel. (401) 751-8500
Fax.(401) 553-6850

Dated: October 20, 2005