**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | |
| v. | : | C.A. No. 04-163S |
| TREVI ICOS CORPORATION, Defendant. | : | |

**DEFENDANT'S MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANT'S FIRST SET OF DOCUMENT REQUESTS**

Pursuant to Federal Rule of Civil Procedure 34, Defendant Treviicos Corporation hereby moves this Court for an order compelling Plaintiffs Rhode Island Carpenters Annuity Fund, Rhode Island Carpenters Pension Fund, Rhode Island Carpenters Vacation Fund, Rhode Island Carpenters Health Fund, and Donald Lavin to provide further responses to Defendant's first set of document requests within ten (10) days and striking all objections thereto. In support of its motion, Defendant submits the attached memorandum.

Defendant,
By its Attorneys,

HOLLAND & KNIGHT LLP

R. Daniel Prentiss, Esquire #0783
Jennifer Cervenka, Esquire #6340
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
Telephone: (401) 751-8500
Facsimile: (401) 553-6850

**CERTIFICATION**

I hereby certify that on this 10th day of November, 2005, I sent a copy of the within document to the following via first class mail.

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

# 3373790_v1

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | |
| v. | : | C.A. No. 04-163S |
| TREVI ICOS CORPORATION, Defendant. | : | |

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANT'S FIRST SET OF DOCUMENT REQUESTS**

Defendant Treviicos Corporation moves to compel the Plaintiffs to provide further responses and strike all objections to the following document requests:

**1.** All documents that relate to the decision of each plaintiff to initiate this litigation.

**ANSWER**: Objection: the request seeks discovery of information which is not likely to lead to admissible evidence and seeks information protected by the attorney client privilege and work product doctrine.

**ARGUMENT:** This action was instituted in the name of the Funds themselves, not the fiduciaries. The Funds themselves are not proper parties under

the Employee Retirement Income Security Program ("ERISA") to bring this action. That the trustees did not bring the action raises a serious question as to the capacity of these Funds to maintain this action. Under the applicable Declaration of Agreement and Trusts, the trustees establish and enforce the system for payment of contributions and payroll reports on behalf of the carpenters. Those same agreements specify that all actions by trustees are made by majority vote at meetings, written instrument signed by all trustees, or decision of an impartial umpire. Therefore, non-privileged documents evidencing any action with respect to this lawsuit are relevant to the Funds' standing.

**2.** All minutes of the meetings of the Trustees (or other governing board or committee) of each plaintiff fund at which this litigation was discussed, authorized and/or approved.

**ANSWER:** Objection: the request seeks discovery of information which is not likely to lead to admissible evidence.

**ARGUMENT:** See Argument on Answer No. 1, above.

**3.** All documents constituting, describing, reflecting, explaining, or otherwise referring or relating to any communications between the Funds and Lavin, on the one hand, and Local 94 in connection with the monies claimed to be due in this Complaint.

**ANSWER:** Objection: the request seeks discovery of information which is not likely to lead to admissible evidence.

**ARGUMENT:** Plaintiff Funds claim that they are due money for work that should have been performed by Local 94 at the Warwick Wastewater Treatment facility. Any contributions made to the Funds are for the benefit of members of Local 94. Local 94 is a potential beneficiary of Plaintiffs' action to recover contributions. Because Local 94 is an interested party in the current dispute, Defendant is entitled to any communications between Local 94 and Plaintiff Funds.

Defendant,
By its Attorneys,

HOLLAND & KNIGHT LLP

R. Daniel Prentiss, Esquire #0783
Jennifer Cervenka, Esquire #6340
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
Telephone: (401) 751-8500
Facsimile: (401) 553-6850

**CERTIFICATION**

I hereby certify that on this 10th day of November, 2005, I sent a copy of the within document to the following via first class mail.

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

# 3373984_v1