FIL

NOV 1

U.S. DISTI
DISTRICT OF R... ...LAND

11/29/05: GRANTED ABSENT OPPOSITION. LOCAL RULE 12 (a)(2).
USMJ

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
Plaintiffs,

v. C.A. No. 04-163S

TREVI ICOS CORPORATION,
Defendant.

**DEFENDANT'S MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANT'S FIRST SET OF DOCUMENT REQUESTS**

Pursuant to Federal Rule of Civil Procedure 34, Defendant Treviicos Corporation hereby moves this Court for an order compelling Plaintiffs Rhode Island Carpenters Annuity Fund, Rhode Island Carpenters Pension Fund, Rhode Island Carpenters Vacation Fund, Rhode Island Carpenters Health Fund, and Donald Lavin to provide further responses to Defendant's first set of document requests within ten (10) days and striking all objections thereto. In support of its motion, Defendant submits the attached memorandum.

Referred to U.S.M.J. Almond

11/28/05