UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV 10
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | |
| v. | : | C.A. No. 04-163S |
| TREVI ICOS CORPORATION, Defendant. | : | |

**DEFENDANT'S MOTION TO COMPEL FURTHER ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

Pursuant to Federal Rule of Civil Procedure 33, Defendant Treviicos Corporation hereby moves this Court for an order compelling Plaintiffs Rhode Island Carpenters Annuity Fund, Rhode Island Carpenters Pension Fund, Rhode Island Carpenters Vacation Fund, Rhode Island Carpenters Health Fund and Donald Lavin to provide more responsive answers to Defendant's first set of interrogatories within ten (10) days and striking all objections thereto.

In support of its motion, Defendant submits the attached memorandum.

11/29/05: GRANTED ABSENT OPPOSITION. LOCAL RULE 12(a)(2).
USMJ

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐
William E. Smith, U.S. District Judge
Date 11/28/05