**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

FILED NOV 1 2005 DISTRICT OF RHODE ISLAND
FILED DEC 01 2005 DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
Plaintiffs,

v. C.A. No. 04-163S

TREVI ICOS CORPORATION,
Defendant.

**DEFENDANT'S AMENDED MOTION TO EXTEND DISCOVERY PERIOD AND AMEND THE COURT'S PRETRIAL ORDER**

Defendant Treviicos Corporation hereby moves this Court for an order enlarging the discovery period and amending the Court's Pretrial Order. In support of its request, Defendant states that it requires additional time to follow-up on discovery responses provided by Plaintiffs. On October 31, 2005, Plaintiffs provided incomplete answers to interrogatories and document responses. Defendant is filing Motions to Compel Plaintiffs to provide further information and documents relevant to the dispute. Once written discovery is complete, Defendant intends to take the 30(b)(6) depositions of the four Plaintiff Funds and, depending on the discovery responses, individual depositions of the Funds eight trustees and two administrators. In order to allow for a hearing on the Motions to Compel,

SCANNED

production of additional discovery, and the taking of the numerous depositions outlined above, Defendant requests that the pre-trial discovery deadline be extended to **February 10, 2006**, the dispositive motion deadline to **February 28, 2006**, and the deadline to respond to dispositive motions to **March 6, 2006**.

Defendant,
By its Attorneys,

HOLLAND & KNIGHT LLP

R. Daniel Prentiss, Esquire #0783
Jennifer Cervenka, Esquire #6340
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
Telephone: (401) 751-8500
Facsimile: (401) 553-6850

**CERTIFICATION**

I hereby certify that on this 30th day of November, 2005, I sent a copy of the within document to the following via first class mail.

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

GRANTED
William E. Smith
U.S. District Judge
12/2/05

# 3374347_v1