**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPTENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, *Plaintiffs*, | : | |
| v. | : | C.A. No. 04-163S |
| TREVIICOS CORPORATION, *Defendant*. | : | |

**PLAINTIFFS' MOTION TO VACATE ORDER GRANTING DEFENDANT'S MOTIONS TO COMPEL**

Plaintiffs' hereby request that the Court vacate its order of November 29, 2005, granting Defendant's Motions to Compel Interrogatories and Request for Production due to Plaintiffs' failure to timely file an objection. As reason therefore, Plaintiffs offer the accompanying memorandum of law.

Rhode Island Carpenters
Annuity Fund, et. al.,
By their attorneys,

Elizabeth Wiens, Esq.
Marc B. Gursky, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail, postage prepaid, to Jennifer Cervenka, HOLLAND & KNIGHT LLP, One Financial Plaza, Suite 1800, Providence, RI 02903 on this 5th day of December, 2005.

Kerrie L Kamski

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPTENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs*,

v. C.A. No. 04-163S

TREVIICOS CORPORATION,
*Defendant*.

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO VACATE ORDER GRANTING DEFENDANT'S MOTIONS TO COMPEL**

Plaintiffs' hereby request that the Court vacate its order of November 29, 2005, granting Defendant's Motion to Compel due to Plaintiffs' failure to file a timely objection. Plaintiffs assert that their objections were timely filed. Defendant served its motions to compel via regular mail on Thursday, November 10, 2005. Pursuant to Rule 6(e) of the Federal Court Rules of Civil Procedure, service was complete on Monday, November 14, 2005. Pursuant to RI U.S. Dist. Ct. Rule 12(a)(2) and Rule 6(a) of the Federal Court Rules of Civil Procedure, Plaintiffs had ten days from November 14, irrespective of weekends and holidays, to file its objections. Accordingly Plaintiffs objections were due on Tuesday, November 29, 2005. Plaintiffs mailed their objections to the Court on Wednesday, November 23, 2005, prior to the Thanksgiving Holiday, as evidenced by the certification on the Motions. See also, Affidavit of Kerrie Karwoski,

attached hereto. The Court received them on Tuesday, November 29, 2005, six days after Plaintiffs mailed them.

Plaintiffs contend that their objections were timely received. The objections were due on November 29, 2005 and were received the same day. However, even if this court calculates the time period differently, and contends that Plaintiffs' objections were due on November 28, 2005, Plaintiffs assert that there exists good cause to vacate this order. Any delay in the court receiving Plaintiffs' objections was due to the error of the United States Postal Service.

Rhode Island Carpenters
Annuity Fund, et. al.,
By their attorneys,

Elizabeth Wiens, Esq.
Marc B. Gursky, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail, postage prepaid, to Jennifer Cervenka, HOLLAND & KNIGHT LLP, One Financial Plaza, Suite 1800, Providence, RI 02903 on this 5th day of December, 2005.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPTENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, *Plaintiffs*, | : | |
| v. | : | C.A. No. 04-163S |
| TREVIICOS CORPORATION, *Defendant*. | : | |

**AFFIDAVIT OF KERRIE KARWOSKI IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE ORDER**

I, Kerrie Karwoski, being first duly sworn, depose and state as follows:

1. I am employed as a secretary for Gursky Law Associates, the attorney for Plaintiffs in the above-entitled matter.

2. On Wednesday, November 23, 2005, I mailed Plaintiffs' Objections to Defendant's Motions to Compel and the accompanying memoranda of law to the United States Federal District Court for the District of Rhode Island.

Kerrie Karwoski
Kerrie Karwoski

Subscribed and sworn to before me, by Kerrie Karwoski, this 5th day of December, 2005.

Kathleen Sullivan
NOTARY PUBLIC
My commission expires on: 4/25/09