**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPTENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, *Plaintiffs*, | : | |
| v. | : | C.A. No. 04-163S |
| TREVIICOS CORPORATION, *Defendant*. | : | |

**AFFIDAVIT OF KERRIE KARWOSKI IN SUPPORT OF PLAINTIFFS' MOTION TO VACATE ORDER**

I, Kerrie Karwoski, being first duly sworn, depose and state as follows:

1. I am employed as a secretary for Gursky Law Associates, the attorney for Plaintiffs in the above-entitled matter.

2. On Wednesday, November 23, 2005, I mailed Plaintiffs' Objections to Defendant's Motions to Compel and the accompanying memoranda of law to the United States Federal District Court for the District of Rhode Island.

Kerrie Karwoski
Kerrie Karwoski

Subscribed and sworn to before me, by Kerrie Karwoski, this 5th day of December, 2005.

Kathleen Sullivan
NOTARY PUBLIC
My commission expires on: 4/25/09