**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | |
| v. | : | C.A. No. 04-163S |
| TREVI ICOS CORPORATION, Defendant. | : | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO VACATE ORDER GRANTING DEFENDANT'S MOTION TO COMPEL**

Defendant Treviicos Corporation hereby responds to Plaintiffs' Motion to Vacate this Court's November 29, 2005 order granting Defendant's Motions to Compel certain interrogatories and document requests. In support of its response, Defendant offers the accompanying memorandum of law.

Defendant,
By its Attorneys,

HOLLAND & KNIGHT LLP

R. Daniel Prentiss, Esquire #0783
Jennifer Cervenka, Esquire #6340
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
Telephone: (401) 751-8500
Facsimile: (401) 553-6850

## CERTIFICATION

I hereby certify that on this 7th day of December, 2005, I sent a copy of the within document to the following via first class mail.

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

# 3434447_v1

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | |
| v. | : | C.A. No. 04-163S |
| TREVI ICOS CORPORATION, Defendant. | : | |

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS RESPONSE TO PLAINTIFFS' MOTION TO VACATE ORDER GRANTING DEFENDANT'S MOTION TO COMPEL**

Defendant Treviicos Corporation submits this memorandum in response to Plaintiffs' Motion to Vacate this Court's November 29, 2005 order granting Defendant's Motions to Compel certain interrogatories and document requests. Defendant does not dispute that the Plaintiffs' objections to said Motions to Compel were timely filed. Defendant does, however, believe that it is entitled to the discovery sought by the Motions to Compel and, therefore, continues to press and requests that a hearing be scheduled on said motions.

Defendant,
By its Attorneys,

HOLLAND & KNIGHT LLP

R. Daniel Prentiss, Esquire #0783
Jennifer Cervenka, Esquire #6340
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
Telephone: (401) 751-8500
Facsimile: (401) 553-6850

**CERTIFICATION**

I hereby certify that on this 7th day of December, 2005, I sent a copy of the within document to the following via first class mail.

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

\# 3434534_v1