12/8/05: GRANTED. A HEARING WILL BE SCHEDULED ON DEFENDANT'S MOTIONS TO COMPEL.
USMJ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPTENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, *Plaintiffs*, | : | |
| v. | : | C.A. No. 04-163S |
| TREVIICOS CORPORATION, *Defendant*. | : | |

**PLAINTIFFS' MOTION TO VACATE ORDER GRANTING DEFENDANT'S MOTIONS TO COMPEL**

Plaintiffs' hereby request that the Court vacate its order of November 29, 2005, granting Defendant's Motions to Compel Interrogatories and Request for Production due to Plaintiffs' failure to timely file an objection. As reason therefore, Plaintiffs offer the accompanying memorandum of law.

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☐ for determination
☐ ____________________
William E. Smith, U.S. District Judge
Date: 12/8/05

Rhode Island Carpenters
Annuity Fund, et. al.,
By their attorneys,

Elizabeth Wiens, Esq.
Marc B. Gursky, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702