**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | |
| v. | : | C.A. No. 04-163S |
| TREVI ICOS CORPORATION, Defendant. | : | |

**DEFENDANT'S SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANT'S FIRST SET OF DOCUMENT REQUESTS**

Defendant Treviicos Corporation submits this Supplemental Memorandum in Support of Its Motion to Compel Further Responses to Defendant's First Set of Document Requests with respect to Defendant's Request No. 2. Request No. 2 seeks "[a]ll minutes of the meetings of the Trustees (or other governing board or committee) of each plaintiff fund at which this litigation was discussed, authorized and/or approved." The documents requested are germane to the issue of standing and whether the within lawsuit is authorized under ERISA or the funds' declarations of trust. See Memorandum of Law in Support of Motion to Compel Further Responses to Defendant's First Set of Document Requests. Plaintiff

objected to the Request and the Motion to Compel on the basis that the documents sought were "not likely to lead to admissible evidence" and did not produce initially any responsive documents.

Subsequent to the filing of Defendant's Motion to Compel, Plaintiff produced the redacted minutes of an October 21, 2003 meeting of the board of trustees of one of the Plaintiff funds which purports to have recorded a vote of certain trustees authorizing the within lawsuit. Further discovery revealed that potentially responsive minutes existed for meetings held by the other three Plaintiff funds on the same day, October 21, 2003, and that written agendas were prepared for all four meetings. On December 15, 2005, Defendant requested unredacted copies of the minutes of all of the October 21, 2003 meetings and associated agendas. Soon thereafter, Plaintiffs responded that they would provide the agendas and additional meeting minutes but only in redacted form. To date, Plaintiffs have not produced said documents in either their redacted or unredacted form. The information contained in those documents is both relevant to the issues presented by this case and may reasonably lead to the discovery of admissible evidence. Immediate production of those documents is required given that the 30(b)(6) deposition of Plaintiff funds is scheduled for February 1, 2006 and discovery is scheduled to close on February 10, 2006.

Defendant,
By its Attorneys,

HOLLAND & KNIGHT LLP

R. Daniel Prentiss, Esquire #0783
Jennifer Cervenka, Esquire #6340
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
Telephone: (401) 751-8500
Facsimile: (401) 553-6850

**CERTIFICATION**

I hereby certify that on this 10th day of January, I sent a copy of the within document to the following via facsimile and first class mail.

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

# 3479331_v1