UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, et al. | : | |
| v. | : | C.A. No. 04-163S |
| TREVI ICOS CORPORATION | : | |

# ORDER

Before the Court for determination are Defendant's Motions to Compel Further Responses to Interrogatories (Document No. 42) and to Compel Further Responses to Document Requests. (Document No. 43). 28 U.S.C. § 636(b)(1)(A); LR CV 72(a). A hearing was held on January 12, 2006. After reviewing the parties' legal memoranda and listening to the arguments of counsel, Defendant's Motions are resolved as follows:

**A. Requests Related to Standing (Document Requests Nos. 1 and 2 and Interrogatory No. 5).**

Defendant's request for unredacted meeting agendas and minutes is DENIED. Plaintiffs' counsel represented on the record that none of the redacted material relates to this case and was redacted for legitimate reasons such as attorney/client privilege and the privacy interests of benefit claimants. Plaintiffs' objection to Interrogatory No. 5 is overruled and Plaintiffs shall respond. As to Document Requests Nos. 1 and 2, Defendant's Motion is DENIED as moot in view of Plaintiffs' production of redacted meeting minutes and agendas and Plaintiffs' counsel's representation to the Court that there are no other responsive documents.

**B. Requests Related to Defendant's Estoppel Defense (Document Request No. 3 and Interrogatory No. 7).**

Plaintiffs' objection to Interrogatory No. 7 is overruled and Plaintiffs shall respond. As to Document Request No. 3, Defendant's Motion is DENIED as moot in view of Plaintiffs' counsel's representation to the Court that there are no responsive documents.

**C. Requests Related to Damages (Interrogatory No. 24).**

Plaintiffs' objection is sustained. However, Defendant may serve an additional interrogatory on Plaintiffs which requests an itemization of Plaintiffs' claimed damages and the bases for Plaintiffs' calculations.

**D. Requests Related to Interpretation (Interrogatory No. 9).**

Plaintiffs' objection is sustained as to breadth and otherwise overruled. Plaintiffs shall respond as to any "prior civil actions or proceedings" since January 1, 2001 involving operation of the "CM 120" or a similar machine.

As discussed above, Defendant's Motions to Compel (Document Nos. 42 and 43) are GRANTED in part and DENIED in part. Plaintiffs shall respond as ordered by January 27, 2006, and Defendant may serve an additional damages interrogatory on Plaintiffs by January 27, 2006.

LINCOLN D. ALMOND
United States Magistrate Judge
January 12, 2006