UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds | : | |
| v. | : | C.A. No. 04-163S |
| TREVI ICOS CORPORATION | : | |

**WITHDRAWAL OF APPEARANCE**

I, Jennifer R. Cervenka, Esquire, hereby withdraw my appearance in this matter on behalf of Defendant Trevi Icos Corporation.

Jennifer R. Cervenka (#6340)
HOLLAND & KNIGHT LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel.: 401-751-8500
Fax: 401-553-6850

**CERTIFICATION**

I hereby certify that on this 2nd day of ~~January~~ February, 2006, I sent a copy of the within document to the following via first class mail:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

Kathy McAtelia
_______________________

# 3552714_v1