**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
Plaintiffs,

v.

TREVI ICOS CORPORATION,
Defendant.

C.A. No. 04-163S

FILED
FEB 0 8 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DEFENDANT'S MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE AND AMEND THE COURT'S PRETRIAL ORDER**

Defendant Treviicos Corporation hereby moves this Court for an order enlarging the period for submission of dispositive motions and reply briefs to same, and amending the Court's Pretrial Order. In support of its request, Defendant states that it has not yet received from Plaintiffs discovery ordered by this Court's January 12, 2006 order, as well as the complete trust documents sought by Defendant's Request for Production of Documents and upon which Plaintiffs base their claim for contributions. If Plaintiffs do not produce such discovery, Defendant will file motions to compel.

In order to obtain the additional discovery from Plaintiffs and/or to file motions to compel, Defendant requests that the dispositive motion deadline be

extended to **March 30, 2006** and the deadline to respond to dispositive motions to **April 7, 2005.**

Granted — This is a final extension. If discovery request not complied with, counsel may file a Motion to Compel and/or Motion for sanctions, including dismissal, as appropriate. No further extensions will be granted.
WDM
USDJ
3/1/06

Defendant,
By its Attorneys,

HOLLAND & KNIGHT LLP

R. Daniel Prentiss, Esquire #0783
Jennifer Cervenka, Esquire #6340
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
Telephone: (401) 751-8500
Facsimile: (401) 553-6850

**CERTIFICATION**

I hereby certify that on this 7th day of February, 2006, I sent a copy of the within document to the following via first class mail.

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852