**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
APR 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPTENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds,
*Plaintiffs*,

v. C.A. No. 04-163S

TREVI ICOS CORPORATION,
*Defendant*.

**MOTION TO EXTEND TIME TO FILE OBJECTION TO DISPOSITIVE MOTION**

Now come Plaintiffs, through counsel, and hereby move this Court for an order extending the deadline in which to respond to Defendant's Motion for Summary Judgment, received by Plaintiffs on April 3, 2006. According to PACER, Plaintiffs' Objection is due April 17. However, according to this Court's pretrial order, responses to dispositive motions were due on April 7, 2006. Plaintiffs received a copy of a letter sent to this Court from Defendant's counsel on March 31, 2006 requesting a conference regarding the filing of a dispositive motion. Plaintiffs did not file this Motion earlier because they were waiting from a response from the Court regarding Defendant's request for a conference. On April 11, 2006, Plaintiffs' counsel spoke with Defendant's counsel and was informed that the Court waived the conference.

Plaintiffs request thirty days beyond today's date of April 11, 2006 in order to file their Objection. As reasons therefore, Plaintiffs' counsel states that she has received three Motions for

Summary Judgment (in three separate cases) in the span of one week, and, consequently, needs additional time to complete Plaintiffs' objection. Also, Plaintiffs' counsel is court excused from April 24 to May 9, 2006. Accordingly, Plaintiffs' request that the deadline for filing their Objection to Defendant's Motion for Summary Judgment be extended to **May 11, 2006.** Defendant's counsel has stated that he has no objection to a thirty day extension.

Plaintiff may have until April 24 to file a response to Defendants Motion for summary judgment

[signature] USDJ 4/14/06

Rhode Island Carpenters
Annuity Fund, et. al.,
By their attorneys,

[signature]

Elizabeth Wiens, Esq.
Marc B. Gursky, Esq.
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

CERTIFICATION

I hereby certify that a true copy of the within document was sent by regular mail, postage prepaid, to R. Daniel Prentiss, R. Daniel Prentiss, P.C., One Financial Plaza, Suite 1800, Providence, RI 02903 on this 11 day of April, 2006.

[signature]