**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | |
| v. | : | C.A. No. 04-163S |
| TREVI ICOS CORPORATION, Defendant. | : | |

**MOTION TO STRIKE**

The Defendant, Trevi Icos Corporation moves to strike the Affidavit of David Palmisciano, submitted by Plaintiffs in support of their objection to Defendant's motion for summary judgment. A memorandum in support of this motion is appended hereto.

TREVIICOS Corporation,
By its attorneys,

R. DANIEL PRENTISS, P.C.

R. Daniel Prentiss (#0783)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel. 401-824-5150
Fax: 401-824-5123

## CERTIFICATION

I certify that on this 3rd day of May, 2006 I sent a copy of the within document via first class mail, postage-prepaid, to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

Kathie M[illegible] (signature)

812/13/339

FILED
'06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | |
| v. | : | C.A. No. 04-163S |
| TREVI ICOS CORPORATION, Defendant. | : | |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO STRIKE**

The Defendant relied on Argument II of its Reply Memorandum on Motion for Summary Judgment in support of its motion to strike.

TREVIICOS Corporation,
By its attorneys,

R. DANIEL PRENTISS, P.C.

R. Daniel Prentiss (#0783)
One Financial Plaza, Suite 1800
Providence, RI 02903
Tel. 401-824-5150
Fax: 401-824-5123

**CERTIFICATION**

I certify that on this 3rd day of May, 2006 I sent a copy of the within document via first class mail, postage-prepaid, to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

Kathryn M. Silva

812/13/340