UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, et al. | : | |
| | : | |
| v. | : | C.A. No. 04-163S |
| | : | |
| TREVI ICOS CORPORATION | : | |

**ENTRY OF APPEARANCE**

I, Seth Yurdin, of R. Daniel Prentiss, P.C. hereby enter my appearance on behalf of defendant TREVI ICOS CORPORATION in the above-referenced matter.

Respectfully submitted,
TREVI ICOS CORPORATION,
By its attorneys,

**R. DANIEL PRENTISS, P.C.**

Seth Yurdin (#7407)
One Turks Head Plaza, Suite 380
Providence, RI 02903
(401) 824-5150
(401) 824-5181 (fax)
syurdin@prentisslaw.com

**CERTIFICATION**

I certify that on this 8 day of March, 2007 I sent a copy of the within document via first class mail, postage-prepaid, to the following:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

839/13/1564