**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | |
| v. | : | C.A. No. 04-163S |
| TREVI ICOS CORPORATION, Defendant. | : | |

**SUPPLEMENT TO PRETRIAL MEMORANDUM OF DEFENDANT TREVI ICOS CORPORATION**

**ADDITIONAL WITNESSES**

David Rampone: Mr. Rampone participated in the negotiation of the AGC CBA. Mr. Rampone will give similar testimony as Leo Marshall.

Shelia Tharp: Ms. Tharp is the payroll clerk of Trevi Icos. She will give testimony regarding the company's payroll records.

Ronald Coia: Mr. Coia is an officer in the Laborers' Union. Mr. Coia will give similar testimony as Michael Sabitoni.

**CLAIM OF ATTORNEYS' FEES**

Trevi Icos is seeking its attorneys' fees and costs in defense of this action.

Respectfully submitted,

TREVIICOS Corporation,
By its attorneys,

**R. DANIEL PRENTISS, P.C.**

/s/Seth Yurdin
R. Daniel Prentiss (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel. 401-824-5150
Fax: 401-824-5181

Pro hac vice

Robert D. City
City Hayes & Dissette
50 Congress Street
Boston, Massachusetts 02109

**CERTIFICATION**

I hereby certify that on this 10th day of April, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

Robert D. City
City, Hayes & Dissette, P.C.
50 Congress Street
Suite 200
Boston, MA 02109

Marc B. Gursky
Gursky Law Associates
420 Scrabbletown Road
Suite C
North Kingstown, RI 02852

/s/Seth Yurdin