**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPTENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, *Plaintiffs,* | |
| v. | C.A. No. 04-163S |
| TREVIICOS CORPORATION, *Defendant.* | |

**PLAINTIFFS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Plaintiffs Rhode Island Carpenters Annuity Fund, et. al., by and through their undersigned counsel, submit the following proposed findings of fact and conclusions of law:

1. Plaintiff Donald Lavin is the Co-Administrator of the Rhode Island Carpenters Pension Fund, Health Fund and Annuity Fund, multi-employer pension and/or benefits plans within the meaning of ERISA, 29 U.S.C. §§1002(1) (2) and (37).

2. Defendant Trevi Icos is bound to the following collective bargaining agreements: Collective Bargaining Agreement dated June 4, 2001 between the New England Regional Council of Carpenters Local Union 94 and the Construction Industries of Rhode Island and Collective Bargaining Agreement dated June 4, 2001 New England Regional Council of Carpenters Local Union 94 and the Labor Relations Division of the Associated General Contractors of Rhode Island, Inc.

3. Pursuant to the aforementioned collective bargaining agreements, Defendant is obligated to make contributions to the following pension and benefit funds for all hours of covered employment it performs: Trust Agreement of February 2, 1972 between the Providence, Pawtucket and Central Falls Carpenters District Council of the United Brotherhood of Carpenters and Joiners of America and the Rhode Island Chapter, Associated General Contractors of American, Inc., creating the Rhode Island Carpenters Vacation Fund; The Agreement and Declaration of Trust dated January 1, 1976 between the Rhode Island Chapter, Associated General Contractors of America, Inc. and the Rhode Island District Council of Carpenters, United Brotherhood of Carpenters and Joiners of America creating the Rhode Island Carpenters Health Fund; The Agreement and Declaration of Trust dated January 1, 1980 between the Rhode Island Chapter, Associated General Contractors of America, Inc. and the Rhode Island District Council of Carpenters creating the Rhode Island Carpenters Annuity Fund; The Agreement and Declaration of Trust dated January 1, 1976 between the Rhode Island Chapter, Associated General Contractors of America, Inc. and the Rhode Island District Council of Carpenters creating the Rhode Island Carpenters Pension Fund and the First Amendment to the Trust of January 1, 1984.

4. Contributions are due regardless of whether the individuals performing the work are members of Local 94, members of another union or non-union members.

5. “Covered work” includes the installation of secant piles and any work associated therewith.

6. For the period of March, 2003 through March 2004, Defendant utilized Laborers to install secant piles at the Warwick Sewage Treatment Plant. (The work is hereinafter referred to as "pile work.")

7. The pile work is not covered under Defendant's collective bargaining agreement with the Laborers' Union.

8. Defendant failed to submit contributions to the Funds for the period of March 2003 through March 2004 for hours spent performing the pile work.

9. Defendant failed to maintain records that indicate what type of discrete task each Laborer was performing at the Warwick Sewage Treatment Plant.

10. In response to Plaintiffs' discovery requests regarding what tasks each Laborer was performing on the Warwick Sewage Treatment Project, Defendant responded that it did not know.

11. All of the Laborers performing work on the Warwick Sewage Treatment Project were performing work associated with the installation of secant piles.

12. Laborers spent 2,490 hours installing secant piles for Defendant.

13. The hourly contribution rate owed to the Rhode Island Carpenters' Funds for the period of March 2003 through December 2003 was $13.45.

14. The hourly contribution rate owed to the Rhode Island Carpenters' Benefit Funds for the period of January 2004 though March 2004 was $14.40.

15. Under the Trust Agreements, interest is calculated on delinquent contributions at the prime rate as set by Bank of America, which, for the period of March 2003 through March 2004 was 4% per year.

**PROPOSED CONCLUSIONS OF LAW**

1. Defendant violated the aforementioned Trust Agreements when it failed to submit contributions to the Funds on behalf of all covered work performed on the Warwick Sewage Treatment Project in 2003 and 2004.

2. Defendant violated ERISA, 29 U.S.C. §§ 1132 and 1145 when it failed to submit contributions to the Funds on behalf of all covered work performed on the Warwick Sewage Treatment Project in 2003 and 2004, as required by the Trust Agreements.

3. Plaintiffs are entitled to damages in the amount of $46,966.47 for unpaid contributions, interest as of April 16, 2007 and penalties. See Summary Claim, attached.

4. Pursuant to ERISA and the Trust Agreements, Plaintiffs are entitled to receive a 20% penalty on all delinquent contributions.

5. Plaintiffs are entitled to their attorneys' fees pursuant to ERISA, 29 U.S.C. §§ 1132 and 1145.

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorney,

/s/ Elizabeth A. Wiens

Elizabeth Wiens, Esq. #6827
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

Dated: April 12, 2007

CERTIFICATION

I hereby certify that I electronically filed the within Proposed Findings of Fact and Conclusions of Law on April 12, 2007. The Proposed Findings are available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Turks Head Plaza, Suite 380
Providence, Rhode Island 02903

Elizabeth A. Wiens

**RI CARPENTERS BENEFIT FUNDS vs.**
**TREVI ICOS CORP.**
**Summary of Claim**

| **NAMES**<br>**DATES (w.e.)** | 3/23/03 | 3/30/03 | 4/6/03 | 4/13/03 | 4/20/03 | 4/27/03 | 5/4/03 | 5/11/03 | 5/18/03 | 5/25/03 | 6/1/03 | 6/8/03 | 6/15/03 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Annunziata | 40 | 40 | 40 | 51.5 | 43 | 44.5 | 55.5 | 59.5 | 55 | 10.5 | | | |
| Mondoux | 40 | 40 | 40 | 45 | 45 | 45.5 | 59 | 57 | 55 | 50.5 | 56 | 65.5 | 55.5 |
| Vallarine | | | | 19.5 | 45 | 44.5 | 53 | 52 | 29.5 | | | | |
| Valarese | | | | | 45 | | | | | | | | |
| Esposito | | | | | | | | | | 38.5 | 39 | 47.5 | 28 |
| Rattenni | | | | | | | | | | | 51 | 54 | 49 |
| **TOTAL** | 80 | 80 | 80 | 116 | 178 | 134.5 | 167.5 | 168.5 | 139.5 | 99.5 | 146 | 167 | 132.5 |

**RI CARPENTERS BENEFIT FUNDS vs.**
**TREVI ICOS CORP.**
**Summary of Claim**

| MONTH | HOURS | DUE DATE | HOURLY RATE | CONTRIB. OWED | INT. RATE | DAYS LATE as of 4/16/07 | INTEREST OWED | PENALTY 20% | |
|---|---|---|---|---|---|---|---|---|---|
| Mar. 03 | 160 | 4/20/03 | $13.45 | $2,152.00 | 4.0% | 1457 | $343.61 | $430.40 | |
| April. 03 | 508.5 | 5/20/03 | $13.45 | $6,839.33 | 4.0% | 1427 | $1,069.56 | $1,367.87 | |
| May. 03 | 575 | 6/20/03 | $13.45 | $7,733.75 | 4.0% | 1396 | $1,183.16 | $1,546.75 | |
| June. 03 | 746 | 7/20/03 | $13.45 | $10,033.70 | 4.0% | 1366 | $1,502.03 | $2,006.74 | |
| July. 03 | 338.5 | 8/20/03 | $13.45 | $4,552.83 | 4.0% | 1335 | $666.08 | $910.57 | |
| Aug. 03 | 0 | 9/20/03 | $13.45 | $0.00 | 4.0% | 1304 | $0.00 | $0.00 | |
| Sept. 03 | 0 | 10/20/03 | $13.45 | $0.00 | 4.0% | 1274 | $0.00 | $0.00 | |
| Oct. 03 | 0 | 11/20/03 | $13.45 | $0.00 | 4.0% | 1243 | $0.00 | $0.00 | |
| Nov. 03 | 0 | 12/20/03 | $13.45 | $0.00 | 4.0% | 1213 | $0.00 | $0.00 | |
| Dec. 03 | 122 | 1/20/04 | $13.45 | $1,640.90 | 4.0% | 1182 | $212.55 | $328.18 | |
| Jan. 04 | 24 | 2/20/04 | $14.40 | $345.60 | 4.0% | 1151 | $43.59 | $69.12 | |
| Feb. 04 | 0 | 3/20/04 | $14.40 | $0.00 | 4.0% | 1122 | $0.00 | $0.00 | |
| Mar. 04 | 16 | 4/20/04 | $14.40 | $230.40 | 4.0% | 1091 | $27.55 | $46.08 | |
| | 2490 | | | $33,528.50 | | | $5,048.14 | $6,705.70 | $45,282.34 |
| | | | | | | | | | |
| **TOTAL** | **OWED** | | | | | | | | $45,282.34 |

**RI CARPENTERS BENEFIT FUNDS vs.**
**TREVI ICOS CORP.**
**Summary of Claim**

| **NAME** | 6/22/03 | 6/29/03 | 7/6/03 | 7/13/03 | 7/20/03 | 7/27/03 | 12/7/03 | 12/14/03 | 1/4/04 | 3/21/04 |
|---|---|---|---|---|---|---|---|---|---|---|
| Annunziata | | | | | | | | | | |
| Mondoux | 61 | 51.5 | 49 | 50.5 | | 58 | | | | |
| Vallarine | | | | | | | | | | |
| Valarese | | | | | | | | | | |
| Esposito | 20 | 70 | 48 | | | | | | | |
| Rattenni | | | 46.5 | 49.5 | 37 | | | | | |
| Ponte | 52 | 46 | | | | | | | | |
| Sanchirico | | | | | | | | | | |
| Sanchirico | | | | | | | 42 | | | |
| Boukheir | | | | | | | 16 | 8 | | 8 |
| Dalomba | | | | | | | | 40 | | |
| Ruggieri | | | | | | | | 16 | 24 | |
| Bejar | | | | | | | | | | 8 |
| **TOTAL** | 133 | 167.5 | 143.5 | 100 | 37 | 58 | 58 | 64 | 24 | 16 |

**RI CARPENTERS BENEFIT FUNDS vs.**
**TREVI ICOS CORP.**
**Summary of Claim**