**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | |
| v. | : | C.A. No. 04-163S |
| TREVI ICOS CORPORATION, Defendant. | : | |

**SUPPLEMENT TO PRETRIAL MEMORANDUM OF DEFENDANT TREVI ICOS CORPORATION**

**REVISED EXHIBIT LIST**

A. CM120 Brochure.

B. Photographs of CM120.

C. Remittance Reports (RI Carpenters' Fringe Benefit Funds) - 2003.

D. Remittance Reports (RI Laborers' Fringe Benefit Funds) - 2003.

E. Certified Payroll Records.

F. Daily Narratives.

G. Sub-Contractor Agreement between Trevi Icos Corporation and Hart Engineering Corporation, dated July 3, 2002.

H. Agreement between Rhode Island State Heavy, Highway and Tunnel Agreement between Construction Industries of Rhode Island and the Rhode Island Laborers' District Council of the Laborers' International Union of North America, AFL-CIO, effective June 1, 2001 through May 31, 2005.

I. Agreement between International Union of Operating Engineers Local 57, AFL – CIO Providence, Rhode Island and Rhode Island Associated General Contractors (Labor Division), June 1, 2001 – May 31, 2005.

J. Letter from W. Holmes, New England Regional Council of Carpenters to G. Sanchez, Trevi Icos, received March 10, 2003.

K. National Labor Relations Board Decision - Laborers International Union of North America, Local 271, AFL-CIO and New England Foundation Co., et al., 341 NLRB No. 70 (March 31, 2004).

L. Arbitration Award - Cardi Corp. v. Carpenters, Local 94, Decision and Award, Case No. 11 300 00566 04 (November 4, 2005, T. Bornstein, Arbitrator).

M. Diagram – Advanced Wastewater Treatment Facility, Warwick RI.

Respectfully submitted,

TREVIICOS Corporation,
By its attorneys,

**R. DANIEL PRENTISS, P.C.**

/s/Seth Yurdin
Seth Yurdin (#7404)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel. 401-824-5150
Fax: 401-824-5181

Pro hac vice

Robert D. City
City Hayes & Dissette
50 Congress Street
Boston, Massachusetts 02109

**CERTIFICATION**

I hereby certify that on this 13th day of April, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

Robert D. City
City, Hayes & Dissette, P.C.
50 Congress Street
Suite 200
Boston, MA 02109

Marc B. Gursky
Gursky Law Associates
420 Scrabbletown Road
Suite C
North Kingstown, RI 02852

/s/Seth Yurdin