**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPTENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, *Plaintiffs*, | : | |
| v. | : | C.A. No. 04-163S |
| TREVIICOS CORPORATION, *Defendant*. | : | |

**PLAINTIFF'S REVISED EXHIBIT LIST**

1. Massachusetts Pile Drivers Local Union 56 and the Foundation and Marine Contractors Association of New England collective bargaining agreement 2000-2004.

2. Massachusetts Pile Drivers Local Union 56 Acceptance of Agreement signed by Icos Corporation of America.

3. Two page correspondence from Trevi icos Corporation to Massachusetts Pile Drivers Local Union 56 dated July 23, 1997 indicating Icos is now operating as Trevi icos Corporation.

4. Collective Bargaining Agreement dated June 4, 2001 between the New England Regional Council of Carpenters Local Union 94 and the Construction Industries of Rhode Island.

5. Collective Bargaining Agreement dated June 4, 2001 New England Regional Council of Carpenters Local Union 94 and the Labor Relations Division of the Associated General Contractors of Rhode Island, Inc.

6. Trust Agreement of February 2, 1972 between the Providence, Pawtucket and Central Falls Carpenters District Council of the United Brotherhood of Carpenters and Joiners of America and the Rhode Island Chapter, Associated General Contractors of American, Inc., creating the Rhode Island Carpenters Vacation Fund.

7. The Agreement and Declaration of Trust dated January 1, 1976 between the Rhode Island Chapter, Associated General Contractors of America, Inc. and the Rhode Island District Council of Carpenters, United Brotherhood of Carpenters and Joiners of America creating the Rhode Island Carpenters Health Fund.

8. The Agreement and Declaration of Trust dated January 1, 1980 between the Rhode Island Chapter, Associated General Contractors of America, Inc. and the Rhode Island District Council of Carpenters creating the Rhode Island Carpenters Annuity Fund.

9. The Agreement and Declaration of Trust dated January 1, 1976 between the Rhode Island Chapter, Associated General Contractors of America, Inc. and the Rhode Island District Council of Carpenters creating the Rhode Island Carpenters Pension Fund and the First Amendment to the Trust of January 1, 1984.

10. SoilMec diagrams and description of the CM-120.

11. Hart Engineering's Daily Work Logs for the period of April 2003 through June 2003.

12. Trevi icos notes regarding Warwick Project dated March 4, 2003. (Three pages).

13. Trevi icos daily narratives re: Warwick Wastewater Plant for the period of March 19, 2003 through July 21, 2003.

14. Certified Payroll records for the period of March 2003 through December 2003 (minus the months August through October 2003).

15. Agreement between Construction Industries of Rhode Island and Rhode Island Laborers' District Council, effective June 1, 2001 through May 31, 2005

16. Spreadsheet created by Trevi icos and produced in discovery indicating hours worked by members of Local 271 for the period of March 2003 through December 2003.

17. Rhode Island Carpenters Benefit Funds hourly stamp rate breakdown for 2003

18. Rhode Island Carpenters Benefit Funds hourly stamp rate breakdown for 2004

19. Three-page Spreadsheet indicating damages.

20. Defendant's Answers to Plaintiff's Interrogatories.

21. Defendant's Response to Plaintiffs' First Request for Production of Documents.

22. Defendant's Response to Plaintiffs' Second Request for Production of Documents.

23. 5 page diagram Warwick Wastewater Treatment Facility

24. Photograph of Warwick Wastewater Treatment Facility

Respectfully submitted,
On behalf of the Plaintiffs,
By their attorney,

/s/ Elizabeth A. Wiens

Elizabeth Wiens, Esq. #6827
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, R.I. 02852
Tel. (401) 294-4700
Fax. (401) 294-4702

Dated: April 14, 2007

CERTIFICATION

I hereby certify that I electronically filed the within on April 14, 2007. The Exhibit List is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the individual below has been effectuated by electronic means.

Daniel Prentiss, Esq.
R. Daniel Prentiss, P.C.
One Turks Head Plaza, Suite 380
Providence, Rhode Island 02903

Elizabeth A. Wiens