AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Rhode Island Carpenters v. Trevi Icos Corporation

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA04-163S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Elizabeth Weins, MARC Gursky | R. Daniel Prentiss, Robert D. City |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| April 16 - | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 Gerald Lagesse |
| 23 | | 4/16/07 | ~~ID~~ | Full | Picture of Plans |
| 24 | | | ~~ID~~ | Full | Photograph of Treatment Plan |
| 12 | | | ~~ID~~ | Full | Notes dated 3/4/2003 |
| | | | | | W-2 Gregory Sanchez |
| | | | | | W-3 David Palmisciano |
| 4 | | | ~~ID~~ | Full | Agreement dated 6/4/01 |
| 5 | | | ~~ID~~ | Full | Agreement dated 6/4/01 |
| 8 | | 4/17/07 | ~~ID~~ | Full | TRUST AGREEMENT dated 1/1/1980 |
| 19 | | | ID | ONLY | Summary of Claim Spreadsheet |
| 14 | | | ~~ID~~ | Full | Certified Payroll Records |
| | | | | | |
| | | | | | |
| | | 4/17/07 | | | Bench TRIAL Day 2 - 4/17/07 |
| | K | ↑ | | Full | National Labor Relations Board Decision |
| | L | | | Full | Arbitration Award |
| | J | | | Full | Letter dated March 10, 2003 |
| 6 | | | | Full | Trust Agreement of Feb 2, 1972 |
| 7 | | | | Full | Agreement + Declaration dated 1/1/1976 |
| 9 | | | | Full | Agreement + Declaration 1/1/76 + Amendment of 1/1/1984 |
| 17 | | 4/17/07 | | Full | RI Carpenter's Benefit Funds hourly stamp for 2003 |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO I 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Rhode Island Carpenters V. Trevi Icos Corporation

CASE NUMBER: CA04-163S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/17/07 | | | W-4 John Roma |
| | A | 4/23/07 | ~~ID~~ | Full | CM120 Brochure |
| 15 | | | | Full | Agreement effective June 1, 2001 through May 31, 2005 |
| | N | | | Full | Photograph |
| | | 4-23-2007 | | | Bench Trial Day 3 |
| | S | 4/23/07 | ~~ID~~ | Full | photograph |
| | T | | ~~ID~~ | Full | photograph |
| | F | | ~~ID~~ | Full | Daily Narratives |
| | | | | | W-5 Shelia Tharp |
| | C | | ~~ID~~ | Full | Remittance Reports (RI Carpenters') - 2003 |
| | D | | ~~ID~~ | Full | Remittance Report (RI Laborers') - 2003 |
| | O | | ~~ID~~ | Full | Photograph |
| | P | | ~~ID~~ | Full | Photograph |
| | Q | | ~~ID~~ | Full | Photograph |
| | R | | ~~ID~~ | Full | Photograph |
| | E | | | Full | Certified Payroll Records |
| | U | | ID | | Answers.com printout |
| | V | | | Full | 5 Interrogatories |
| | W | | | Full | Deposition of Rhode Island Carpenters Annuity Fund |
| 29 | | | ~~ID~~ | Full | photograph |
| 28 | | | ~~ID~~ | Full | photograph |
| 27 | | | ~~ID~~ | Full | photograph |
| 26 | | | ~~ID~~ | Full | photograph |
| 25 | | | ~~ID~~ | Full | photograph |
| | | | | | |
| | | | | | |
| | | | | | |