**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | |
| v. | C.A. No. 04-163S |
| TREVIICOS CORPORATION, Defendant. | |

**MOTION TO STRIKE**

The Defendant, Trevi Icos Corporation moves to strike the following of Plaintiffs' designations of the Deposition of David Palmisciano taken February 2, 2006: 20:19-21:25; 31:12-21; 32:25-34:2. A memorandum in support of this motion is appended hereto.

TREVIICOS Corporation,
By its attorneys,

**R. DANIEL PRENTISS, P.C.**

/s/R. Daniel Prentiss
R. Daniel Prentiss, Esq. (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel. 401-824-5150
Fax: 401-824-5181

## CERTIFICATION

I hereby certify that on this 2nd day of May, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

Marc B. Gursky
Gursky Law Associates
420 Scrabbletown Road
Suite C
North Kingstown, RI 02852

Robert D. City
City, Hayes & Dissette, P.C.
50 Congress Street
Suite 200
Boston, MA 02109

/s/R. Daniel Prentiss

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | |
| v. | : | C.A. No. 04-163S |
| TREVIICOS CORPORATION, Defendant. | : | |

## MEMORANDUM IN SUPPORT OF MOTION TO STRIKE

At the conclusion of the trial, the Defendant offered into evidence portions of the transcript of the deposition of the Plaintiffs taken by Defendant pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure. That evidence was submitted in the form of a deposition designation, along with the transcript of the deposition. The evidence was admissible pursuant to Rule 32(a)(2).

Pursuant to Rule 32(a)(4), the Plaintiffs were entitled to submit counter designations, of "any other part [or the deposition transcript] which ought, in fairness, be considered with the part introduced" by the Defendant.

The Defendant's designations dealt with the sole issue of the meaning of the words "carpenter" and "employee" in the Collective Bargaining Agreements, in the context of whether the obligation of an employer to make contributions to the Plaintiff benefits funds is triggered only by union membership. The first three of the Plaintiffs' counter designations, which are the subject of the Defendant's motion to strike, deal with an entirely different issue, the scope of the Collective Bargaining Agreements' jurisdictional reach. Since these parts of the deposition do not relate to the Defendant's designations, they fall outside the scope of Rule 32(a)(4). Accordingly, these designations should be stricken, and the designated portions of the transcript should not become a part of the evidentiary record of this trial.

Respectfully submitted,

TREVIICOS Corporation,
By its attorneys,

**R. DANIEL PRENTISS, P.C.**

/s/R. Daniel Prentiss
R. Daniel Prentiss, Esq. (#0783)
One Turks Head Place, Suite 380
Providence, RI 02903
Tel. 401-824-5150
Fax: 401-824-5181

**CERTIFICATION**

I hereby certify that on this 2nd day of May, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

Robert D. City
City, Hayes & Dissette, P.C.
50 Congress Street
Suite 200
Boston, MA 02109

Marc B. Gursky
Gursky Law Associates
420 Scrabbletown Road
Suite C
North Kingstown, RI 02852

/s/R. Daniel Prentiss