AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Rhode Island Carpenters Annuity Fund, et al
Appellant

**JUDGMENT IN A CIVIL CASE**

Trevi Icos Corporation
Appellee

Case Number: C.A. No. 04-163S

**Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

X **Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment is hereby entered in favor of the Defendant, Trevi Icos Corporation on all counts against the Plaintiff, Rhode Island Carpenters Annuity Fund, Rhode Island Carpenters Pension Fund, Rhode Island Carpenters Vacation Fund, Rhode Island Carpenters Health Fund, and Donald Lavin, in his official capacity as Co-Administrator of the Funds pursuant to the Decision and Order dated September 4, 2007.**

**September 5, 2007**
**Date**

**Clerk**

**(By) Deputy Clerk**