**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | : | |
| v. | : | C.A. No. 04-163S |
| TREVI ICOS CORPORATION, Defendant. | : | |

**AFFIDAVIT**

R. Daniel Prentiss, on oath, makes affidavit and states as follows:

1. I am an attorney licensed to practice law in the State of Rhode Island, in good standing. I am lead counsel to Defendant Trevi Icos Corporation, and have served in that capacity since the beginning of 2005, when the engagement began. I give this affidavit on personal knowledge.

2. The time expended for each attorney in this matter along with a description of the service performed by each is as follows:

| | | |
|---|---|---|
| R. Daniel Prentiss (partner) | 194.1 hours | Overall responsibility for representation and litigation strategy; liaison with client; supervision of assigned associates; review, revision, preparation of memoranda; attendance at hearings on motions and other matters; attention to written discovery; research-claims analysis; review of contracts and other |

| | | |
|---|---|---|
| | | of contracts and other documents; preparation of litigation plan; taking depositions; review of deposition transcripts; research-summary judgment motion; drafting and arguing summary judgment motion; trial preparation and attending trial; supervision and review of associate work. |
| Jennifer R. Cervenka (associate) | 58.7 hours | Preparation of motions, memoranda, discovery requests, and attention to responses to discovery; research; preparation of drafts of memoranda on dispositive motion; preparation for depositions. |
| Robert Crohan (associate) | 26 | Research and drafting portion of motion for summary judgment. |
| John P. Walsh (associate) | 2.3 | Research, preparation of motion and response, drafting answer. |
| Seth Yurdin (associate) | 35.8 | Preparation and attending settlement conference; trial preparation and attending trial; research and drafting responses to motion in limine. |

3. The total fees and expenses which are sought by the motion of Trevi Icos for an award of attorneys' fees and expenses are $98,918.00 in attorney's fees and $2,691.74 in costs. In arriving at this amount, I have excluded the charges that were made to Trevi Icos for the initial efforts to seek the removal of default. The charges for which an award is sought begin only with the advent of formal litigation over the motion for removal of default, following the plaintiffs' refusal to consent to removal. I have also excluded the charges associated with motions for *pro hac vice* admission of out of state counsel for the defendant. A copy of the billing records for all amounts sought are filed attached hereto as Exhibit A.

4. The services for which an award of fees is sought were reasonable and necessary for the proper representation of the defendant in this action. This action represented a relatively novel attempt to use the Employee Retirement and Income Security Act, 29 U.S.C. §1000 *et seq.* ("ERISA") to adjudicate a union jurisdictional dispute. The representation required considerable research into the background and application of ERISA, the National Labor Relations Act, and related law.

at issue, and application to them of the law of contract interpretation. Preparation for trial required considerable work in gaining familiarity with the construction project at issue, construction techniques, and the use of heavy foundation equipment. It is my opinion that all of the work that was done was necessary to preserve the interests of my client. In overseeing the work of associate attorneys, I strove to minimize any duplication of effort. Whenever possible, I directed that work be performed by an associate rather than by me; when I performed work I avoided having an associate accompany me unless in my judgment it was necessary for the client's representation.

4. The hourly fee customarily charged by Holland & Knight for my time was $365 per hour at the beginning of 2005, rising to $375 per hour by the end of the year. Holland & Knight's billing rates for associates ranged from $215 per hour for junior associates to $265 for senior associates. The hourly fee customarily charged for my time through R. Daniel Prentiss P.C. is $345 per hour and for my associate is $240 per hour.

5. The fee arrangement between Trevi Icos and my firms was current payment on an hourly basis. Trevi Icos has paid all amounts billed.

SIGNED under pains and penalties of perjury, this 18th day of September, 2007.

R. Daniel Prentiss

Subscribed to before me in Providence, in the State of Rhode Island, on this 18th day of September, 2007.

Notary Public SARAH CLAUSIUS
EX. 02.14.2010

2037

**CERTIFICATION**

I hereby certify that on this 18 th day of September, 2007, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record:

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

Robert D. City
City, Hayes & Dissette, P.C.
50 Congress Street
Suite 200
Boston, MA 02109

Marc B. Gursky
Gursky Law Associates
420 Scrabbletown Road
Suite C
North Kingstown, RI 02852

/s/R. Daniel Prentiss

Billing Summary by Attorney by Invoice

| Billing Firm | Invoice | Date | Name | Title | Hours | Rate | Value |
|---|---|---|---|---|---|---|---|
| Holland & Knight LLP | 1863303 | 11/03/05 | Prentiss, R. Daniel | Partner | 1 | $375.00 | $375.00 |
| R. Daniel Prentiss, P.C. | 384 | 04/05/07 | Prentiss, R. Daniel | Partner | 18.1 | $345.00 | $6,244.50 |
| Holland & Knight LLP | 1827888 | 08/10/05 | Prentiss, R. Daniel | Partner | 1.7 | $365.00 | $620.50 |
| Holland & Knight LLP | 1836631 | 09/07/05 | Prentiss, R. Daniel | Partner | 2.1 | $365.00 | $766.50 |
| Holland & Knight LLP | 1851250 | 10/06/05 | Prentiss, R. Daniel | Partner | 5.6 | $365.00 | $2,044.00 |
| Holland & Knight LLP | 1881252 | 12/06/05 | Prentiss, R. Daniel | Partner | 3.7 | $375.00 | $1,387.50 |
| Holland & Knight LLP | 1893919 | 01/09/06 | Prentiss, R. Daniel | Partner | 14.9 | $375.00 | $5,587.50 |
| Holland & Knight LLP | 1907652 | 02/07/06 | Prentiss, R. Daniel | Partner | 1.2 | $375.00 | $450.00 |
| Holland & Knight LLP | 1916094 | 02/24/06 | Prentiss, R. Daniel | Partner | 6.4 | $375.00 | $2,400.00 |
| R. Daniel Prentiss, P.C. | 26 | 04/03/06 | Prentiss, R. Daniel | Partner | 26.8 | $345.00 | $9,246.00 |
| R. Daniel Prentiss, P.C. | 80 | 06/02/06 | Prentiss, R. Daniel | Partner | 11 | $345.00 | $3,795.00 |
| R. Daniel Prentiss, P.C. | 357 | 03/01/07 | Prentiss, R. Daniel | Partner | 1 | $345.00 | $345.00 |
| R. Daniel Prentiss, P.C. | 414 | 05/03/07 | Prentiss, R. Daniel | Partner | 51.1 | $345.00 | $17,629.50 |
| R. Daniel Prentiss, P.C. | 437 | 06/04/07 | Prentiss, R. Daniel | Partner | 22.7 | $345.00 | $7,831.50 |
| R. Daniel Prentiss, P.C. | 477 | 07/06/07 | Prentiss, R. Daniel | Partner | 3 | $345.00 | $1,035.00 |
| Holland & Knight LLP | 1797831 | 06/06/05 | Prentiss, R. Daniel | Partner | 15.3 | $365.00 | $5,584.50 |
| R. Daniel Prentiss, P.C. | 57 | 05/02/06 | Prentiss, R. Daniel | Partner | 8.5 | $345.00 | $2,932.50 |
| | | | **Prentiss, R. Daniel Total** | | 194.1 | | $68,274.50 |
| Holland & Knight LLP | 1791664 | 05/17/05 | Cervenka, Jennifer R. | Associate | 6.2 | $255.00 | $1,581.00 |
| Holland & Knight LLP | 1810061 | 07/06/05 | Cervenka, Jennifer R. | Associate | 8.2 | $255.00 | $2,091.00 |
| Holland & Knight LLP | 1836631 | 09/07/05 | Cervenka, Jennifer R. | Associate | 12.8 | $255.00 | $3,264.00 |
| Holland & Knight LLP | 1851250 | 10/06/05 | Cervenka, Jennifer R. | Associate | 6.1 | $255.00 | $2,040.00 |
| Holland & Knight LLP | 1863303 | 11/03/05 | Cervenka, Jennifer R. | Associate | 2.4 | $265.00 | $636.00 |
| Holland & Knight LLP | 1881252 | 12/06/05 | Cervenka, Jennifer R. | Associate | 6.1 | $265.00 | $1,616.50 |
| Holland & Knight LLP | 1893919 | 01/09/06 | Cervenka, Jennifer R. | Associate | 13.2 | $265.00 | $3,498.00 |
| Holland & Knight LLP | 1916094 | 02/24/06 | Cervenka, Jennifer R. | Associate | 3.7 | $265.00 | $980.50 |
| | | | **Cervenka, Jennifer R. Total** | | 58.7 | | $15,707.00 |
| R. Daniel Prentiss, P.C. | 26 | 04/03/06 | Crohan, Robert | Associate | 26 | $225.00 | $5,850.00 |
| | | | **Crohan, Robert Total** | | 26 | | $5,850.00 |
| Holland & Knight LLP | 1791664 | 05/17/05 | Walsh, John P. | Associate | 0.8 | $215.00 | $172.00 |
| Holland & Knight LLP | 1810061 | 07/06/05 | Walsh, John P. | Associate | 1.5 | $215.00 | $322.50 |
| | | | **Walsh, John P. Total** | | 2.3 | | $494.50 |
| R. Daniel Prentiss, P.C. | 384 | 04/05/07 | Yurdin, Seth | Associate | 12.2 | $240.00 | $2,928.00 |
| R. Daniel Prentiss, P.C. | 414 | 05/03/07 | Yurdin, Seth | Associate | 23.6 | $240.00 | $5,664.00 |
| | | | **Yurdin, Seth Total** | | 35.8 | | $8,592.00 |
| | | | **Grand Total** | | 316.9 | | $98,918.00 |

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

May 17, 2005
Invoice 1791664

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #085752.00003
Defense of claim alleged underfunding of employee benefits

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,795.00 |
| Reimbursable Costs | | 46.86 |

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 1,841.86 |
| BALANCE DUE THIS INVOICE | $ | 1,841.86 |

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

Wachovia Bank
214 N. Hogan Street, Jacksonville Fl., 32202
DOMESTIC Clients: ABA #063000021
INTERNATIONAL Clients: SWIFT PNBPUS33
For Credit to the Account of:
HOLLAND & KNIGHT LLP
ACCT. #2090002390441

Please indicate our INVOICE NUMBER as reference in your wire transfer.

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

May 17, 2005
Invoice 1791664
Page 2
REMITTANCE COPY

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

87015

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

Atlanta, Bethesda, Boston, Chicago, Ft. Lauderdale, Jacksonville, Lakeland, Los Angeles, Miami, New York, No. Virginia, Orlando, Portland, San Francisco, Tallahassee, Tampa, Washington, D.C., West Palm Beach

International: Beijing, Caracas*, Helsinki*, Mexico City, Tel Aviv*, Tokyo

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

May 17, 2005
Invoice 1791664
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through April 30, 2005
in connection with the following:

Our Matter #085752.00003
Defense of claim alleged underfunding of
employee benefits

| | | |
|---|---|---|
| 04/04/05 | Continue research on motion to quash/objection to Rule 45 subpoena duces tecum; prepare objection to subpoena duces tecum; prepare reply to objection to motion to set aside default.<br>-Jennifer R. Cervenka 5.40 hours at 255.00 per hour. | 1377.00 |
| 04/05/05 | Review amended motion for entry of default judgment; attention to further case law that could support our position for tomorrow's hearing, including Rhode Island cases re setting aside default judgments for improper service of complaint.<br>-Jennifer R. Cervenka .80 hours at 255.00 per hour. | 204.00 |
| 04/20/05 | Receipt and review return of service of summons served upon David Rampone of Hart Engineering Corp; attention to filing same with court.<br>-Paula K. Gordon .30 hours at 140.00 per hour. | 42.00 |

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

May 17, 2005
Invoice 1791664
Page 2

04/21/05 Strategize about upcoming response to plaintiff's objection and magistrate's report and recommendation; draft, review and revise motion for extension of page limits for exhibits; legal analysis concerning the procedural basis for such a motion; review and analyze affidavits and prior court orders necessary for supporting this motion; conference with court clerk concerning the time frame for the adjudication for motion of page limits; acquire various cases necessary for supporting a defendant's response to the plaintiff's objection.
-John P. Walsh .80 hours at 215.00 per hour. 172.00

Total Fees for Professional Services .......$ 1,795.00

| Name | Title | Hours | Rate | Value |
|---|---|---|---|---|
| Cervenka, -Jennifer R. | Associate | 6.20 | 255.00 | 1,581.00 |
| Walsh, -John P. | Associate | 0.80 | 215.00 | 172.00 |
| Gordon, -Paula K. | Paralegal | 0.30 | 140.00 | 42.00 |

Reimbursable costs through April 30, 2005

04/26/05 Hawk Investigations, Inc. Inv # 13412 - Constable Services 45.00

Photocopy 0.80
Postage 1.06

Total Reimbursable Costs ...................$ 46.86

Current Billing for this Matter ........... 1,841.86

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

May 17, 2005
Invoice 1791664
Page 3

| | | |
|---|---|---|
| BALANCE DUE THIS INVOICE ..................... | $ | 1,841.86 |

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

June 6, 2005
Invoice 1797831

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #085752.00003
Defense of claim alleged underfunding of employee benefits

| | | |
|---|---|---|
| Fees for Professional Services | $ | 5,584.50 |
| Reimbursable Costs | | 3.80 |

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 5,588.30 |
| BALANCE DUE THIS INVOICE | $ | 5,588.30 |

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

Wachovia Bank
214 N. Hogan Street, Jacksonville Fl., 32202
DOMESTIC Clients: ABA #063000021
INTERNATIONAL Clients: SWIFT PNBPUS33
For Credit to the Account of:
HOLLAND & KNIGHT LLP
ACCT. #2090002390441

Please indicate our INVOICE NUMBER as reference in your wire transfer.

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

June 6, 2005
Invoice 1797831
Page 2
REMITTANCE COPY

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

87015

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

Atlanta, Bethesda, Boston, Chicago, Ft. Lauderdale, Jacksonville, Lakeland, Los Angeles, Miami, New York, No. Virginia, Orlando, Portland, San Francisco, Tallahassee, Tampa, Washington, D.C., West Palm Beach

International: Beijing, Caracas*, Helsinki*, Mexico City, Tel Aviv*, Tokyo

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

June 6, 2005
Invoice 1797831
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through May 31, 2005
in connection with the following:

Our Matter #085752.00003
Defense of claim alleged underfunding of
employee benefits

| Date | Description | Amount |
|---|---|---|
| 03/22/05 | Telephone conference with Bob City; review parts of file.<br>-R. Daniel Prentiss .30 hours at 365.00 per hour. | 109.50 |
| 03/29/05 | Telephone conferences with Bob City; review documents related to our motion to remove default.<br>-R. Daniel Prentiss .70 hours at 365.00 per hour. | 255.50 |
| 03/31/05 | Multiple telephone conferences with Bob City regarding preparation for hearing on motion to remove default; review of documents and additional information provided by the client; prepare affidavit for execution by the client.<br>-R. Daniel Prentiss 1.50 hours at 365.00 per hour. | 547.50 |
| 04/01/05 | Telephone conferences with Bob City regarding affidavit and plans for hearing; review of affidavit and exhibits.<br>-R. Daniel Prentiss .60 hours at 365.00 per hour. | 219.00 |

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

June 6, 2005
Invoice 1797831
Page 2

| | | |
|---|---|---|
| 04/04/05 | Telephone conference with Bob City; review memoranda and documents in preparation for hearing.<br>-R. Daniel Prentiss .60 hours at 365.00 per hour. | 219.00 |
| 04/05/05 | Review legal research and memoranda in preparation for hearing on motion to vacate default.<br>-R. Daniel Prentiss 1.10 hours at 365.00 per hour. | 401.50 |
| 04/06/05 | Final preparation for and attend hearing on motion to vacate default.<br>-R. Daniel Prentiss 1.80 hours at 365.00 per hour. | 657.00 |
| 04/08/05 | Review decision from magistrate Almond; letter to Bob City.<br>-R. Daniel Prentiss .30 hours at 365.00 per hour. | 109.50 |
| 04/15/05 | Telephone conference with Bob City to discuss response to appeal from Magistrate's recommendation and report.<br>-R. Daniel Prentiss .70 hours at 365.00 per hour. | 255.50 |
| 04/20/05 | Prepare memorandum in opposition to objection to magistrate recommendation.<br>-R. Daniel Prentiss 2.60 hours at 365.00 per hour. | 949.00 |
| 04/21/05 | Continuing work on preparation of memorandum in response to objection to magistrate report and recommendation.<br>-R. Daniel Prentiss 1.90 hours at 365.00 per hour. | 693.50 |
| 04/25/05 | Review and revise memorandum; review edits from Bob City.<br>-R. Daniel Prentiss .30 hours at 365.00 per hour. | 109.50 |

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

June 6, 2005
Invoice 1797831
Page 3

04/26/05 Telephone conference with Bob CIty; final review and revise memorandum in opposition to appeal from magistraté judge recommendation on removal of default.
-R. Daniel Prentiss .70 hours at 365.00 per hour. 255.50

05/16/05 Consult pacer to see if transcript was ordered; telephone conference with Bob City.
-R. Daniel Prentiss .10 hours at 365.00 per hour. 36.50

05/19/05 PRepare for and attend hearing in U.S. District Court on objection to magistrate's recommendation.
-R. Daniel Prentiss 2.10 hours at 365.00 per hour. 766.50

Total Fees for Professional Services .......$ 5,584.50

| Name | Title | Hours | Rate | Value |
|---|---|---|---|---|
| Prentiss, -R. Daniel | Partner | 15.30 | 365.00 | 5,584.50 |

Reimbursable costs through May 31, 2005

Photocopy 3.80

Total Reimbursable Costs ..................$ 3.80

Current Billing for this Matter ........... 5,588.30

BALANCE DUE THIS INVOICE ..................$ 5,588.30

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

July 6, 2005
Invoice 1810061

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #085752.00003
Defense of claim alleged underfunding of employee benefits

| | | | |
|---|---|---|---|
| Fees for Professional Services | $ | 2,413.50 | |
| Reimbursable Costs | | 459.04 | |
| INVOICE TOTAL | | $ | 2,872.54 |
| | | | ----------- |
| BALANCE DUE THIS INVOICE | | $ | 2,872.54 |
| | | | =========== |

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

Wachovia Bank
214 N. Hogan Street, Jacksonville Fl., 32202
DOMESTIC Clients: ABA #063000021
INTERNATIONAL Clients: SWIFT PNBPUS33
For Credit to the Account of:
HOLLAND & KNIGHT LLP
ACCT. #2090002390441

Please indicate our INVOICE NUMBER as reference in your wire transfer.

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

July 6, 2005
Invoice 1810061
Page 2
REMITTANCE COPY

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

87015

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

July 6, 2005
Invoice 1810061
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through June 30, 2005
in connection with the following:

Our Matter #085752.00003
Defense of claim alleged underfunding of
employee benefits

03/10/05 Review motion to vacate default against Treviicos and supporting memorandum of law and attention to federal requirements of filing of same.
-Jennifer R. Cervenka .50 hours at 255.00 per hour. 127.50

03/11/05 Review finalized affidavits and attached exhibits for memorandum of law in support of motion to set aside default; attention to filing, hearing date, and status of case; calls with federal clerk's office re same; call with Lou Lear of Bob City's office re 5 page limit on appendices; prepare motion for extension of page limits.
-Jennifer R. Cervenka 1.50 hours at 255.00 per hour. 382.50

03/14/05 Follow up on status of motion for extension of page limits for appendix to memorandum of law in support of motion to set aside default.
-Jennifer R. Cervenka .20 hours at 255.00 per hour. 51.00

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

July 6, 2005
Invoice 1810061


03/16/05 Telephone call with Lou Lear re status of motion for extension of page limits for appendix and request for copy of entire file; additional follow-up with federal court re said motion and determine that same has been granted; attention to submission of additional exhibits to Affidavit of Shelia Tharpe.
-Jennifer R. Cervenka .50 hours at 255.00 per hour. 127.50

03/24/05 Review file materials forwarded by City Hayes and Dissett re stamp purchases, contributions, and background papers for federal court litigation.
-Jennifer R. Cervenka .60 hours at 255.00 per hour. 153.00

03/25/05 Study stamp purchase reports to determine Treviicos compliance with law; determine strategy for upcoming hearing on motion for entry of judgment of default.
-Jennifer R. Cervenka .50 hours at 255.00 per hour. 127.50

03/29/05 Continue to review case law pertinent to motion to set aside default, stamps purchased and remittance forms for upcoming hearing on cross-motion to set aside default and opposition to motion for entry of default judgment; conference with Bob City re attachments to Affidavit of Sheila Tharpe.
-Jennifer R. Cervenka 1.70 hours at 255.00 per hour. 433.50

03/30/05 Telephone conference with Bob City and Sheila Tharpe to interpret remittance forms submitted by Treviicos.
-Jennifer R. Cervenka .50 hours at 255.00 per hour. 127.50

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

July 6, 2005
Invoice 1810061
Page 3

| | | |
|---|---|---|
| 03/31/05 | Determine whether supplemental materials should be submitted to court in support of motion to set aside default; review objection to Trevi icos's Cross Motion to Set Aside Default; review fax from Bob City with revised exhibits; determine response to objection.<br>-Jennifer R. Cervenka .80 hours at 255.00 per hour. | 204.00 |
| 04/03/05 | Research re motion to quash/objection to subpoena duces tecum of a party opponent.<br>-Jennifer R. Cervenka .50 hours at 255.00 per hour. | 127.50 |
| 04/15/05 | Review Plaintiffs' Objection to Magistrate's Recommendation setting aside default against Treviicos; consult rules re form and requirements of objections to magistrate recommendations; pull cases cited in Objection.<br>-Jennifer R. Cervenka .50 hours at 255.00 per hour. | 127.50 |
| 04/20/05 | Determine if Plaintiffs followed proper federal procedures for their Objection to the Magistrate's Recommendation setting aside default.<br>-Jennifer R. Cervenka .20 hours at 255.00 per hour. | 51.00 |
| 04/22/05 | Attention to filing date for response to Plaintiffs' Objection to Magistrate's Recommendation.<br>-Jennifer R. Cervenka .20 hours at 255.00 per hour. | 51.00 |
| 06/13/05 | Review and analyze pleadings and correspondence in preparation of drafting an answer to the plaintiff's complaint; legal analysis about which affirmative defenses that the defendant can assert again the plaintiff's allegations in the complaint; draft, review and revise the answer to the plaintiff's complaint.<br>-John P. Walsh 1.20 hours at 215.00 per hour. | 258.00 |

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

July 6, 2005
Invoice 1810061
Page 4

06/15/05 Prepare and review answer to be filed in federal court; coordinate filing of answer.
-John P. Walsh .30 hours at 215.00 per hour. 64.50

Total Fees for Professional Services .......$ 2,413.50

| Name | Title | Hours | Rate | Value |
|---|---|---|---|---|
| Cervenka, -Jennifer R. | Associate | 8.20 | 255.00 | 2,091.00 |
| Walsh, -John P. | Associate | 1.50 | 215.00 | 322.50 |

Reimbursable costs through June 30, 2005

| | |
|---|---|
| Photocopy | 8.40 |
| Postage | 0.37 |
| Westlaw | 450.27 |

Total Reimbursable Costs ..................$ 459.04

Current Billing for this Matter ........... 2,872.54

BALANCE DUE THIS INVOICE ..................$ 2,872.54

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

August 10, 2005
Invoice 1827888

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #085752.00003
Defense of claim alleged underfunding of employee benefits

| | | |
|---|---|---|
| Fees for Professional Services | $ | 620.50 |
| Reimbursable Costs | | 5.57 |
| INVOICE TOTAL | $ | 626.07 |
| BALANCE DUE THIS INVOICE | $ | 626.07 |

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

Wachovia Bank
214 N. Hogan Street, Jacksonville Fl., 32202
DOMESTIC Clients: ABA #063000021
INTERNATIONAL Clients: SWIFT PNBPUS33
For Credit to the Account of:
HOLLAND & KNIGHT LLP
ACCT. #2090002390441

Please indicate our INVOICE NUMBER as reference in your wire transfer.

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

August 10, 2005
Invoice 1827888
Page 2
REMITTANCE COPY

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

87015

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

August 10, 2005
Invoice 1827888
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through July 31, 2005
in connection with the following:

Our Matter #085752.00003
Defense of claim alleged underfunding of
employee benefits

| | | |
|---|---|---|
| 07/15/05 | Review of plaintiff's statement of the case in preparation for conference with the court.<br>-R. Daniel Prentiss .30 hours at 365.00 per hour. | 109.50 |
| 07/18/05 | Prepare for and attend conference with the court to set scheduling dates.<br>-R. Daniel Prentiss .90 hours at 365.00 per hour. | 328.50 |
| 07/25/05 | Review of discovery received; letter to Bob City.<br>-R. Daniel Prentiss .30 hours at 365.00 per hour. | 109.50 |
| 07/26/05 | Telephone conference with Bob City to discuss response to discovery.<br>-R. Daniel Prentiss .20 hours at 365.00 per hour. | 73.00 |

Total Fees for Professional Services .......$ 620.50

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

August 10, 2005
Invoice 1827888
Page 2

| Name | Title | Hours | Rate | Value |
| --- | --- | --- | --- | --- |
| Prentiss, -R. Daniel | Partner | 1.70 | 365.00 | 620.50 |

Reimbursable costs through July 31, 2005

| | |
| --- | --- |
| Photocopy | 5.20 |
| Postage | 0.37 |

| | |
| --- | --- |
| Total Reimbursable Costs ..................$ | 5.57 |
| Current Billing for this Matter ........... | 626.07 |
| BALANCE DUE THIS INVOICE ..................$ | 626.07 |

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

September 7, 2005
Invoice 1836631

**TERMS: DUE ON RECEIPT**

**REMITTANCE COPY**
**(PLEASE RETURN WITH YOUR PAYMENT)**

Our Matter #085752.00003
Defense of claim alleged underfunding of employee benefits

| | | |
|---|---|---|
| Fees for Professional Services | $ | 4,180.50 |
| Reimbursable Costs | | 116.54 |

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 4,297.04 |
| BALANCE DUE THIS INVOICE | $ | 4,297.04 |

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

Wachovia Bank
214 N. Hogan Street, Jacksonville Fl., 32202
DOMESTIC Clients: ABA #063000021
INTERNATIONAL Clients: SWIFT PNBPUS33
For Credit to the Account of:
HOLLAND & KNIGHT LLP
ACCT. #2090002390441

Please indicate our INVOICE NUMBER as reference in your wire transfer.

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

September 7, 2005
Invoice 1836631
Page 2
REMITTANCE COPY

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

87015

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

Atlanta, Bethesda, Boston, Chicago, Ft. Lauderdale, Jacksonville, Lakeland, Los Angeles, Miami, New York, No. Virginia, Orlando, Portland, San Francisco, Tallahassee, Tampa, Washington, D.C., West Palm Beach

International: Beijing, Caracas*, Helsinki*, Mexico City, Tel Aviv*, Tokyo

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

September 7, 2005
Invoice 1836631
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through August 31, 2005
in connection with the following:

Our Matter #085752.00003
Defense of claim alleged underfunding of employee benefits

08/01/05 Review recent pleadings and Plaintiffs' discovery requests; initial preparation of responses to Plaintiffs' written discovery requests.
-Jennifer R. Cervenka 1.10 hours at 255.00 per hour. 280.50

08/03/05 Continue to work on responses to Plaintiffs' written discovery; review case law re section 515 of ERISA and actions to collect contributions to benefit plans in connection with possible dispositive motion on Plaintiffs' claims; determine questions to resolve and documents needed for possible dispositive motion on Plaintiffs' claims.
-Jennifer R. Cervenka 4.60 hours at 255.00 per hour. 1173.00

08/05/05 Pull and review 1st Circuit decision on collection of benefit contributions and determine applicability to case.
-Jennifer R. Cervenka .50 hours at 255.00 per hour. 127.50

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

September 7, 2005
Invoice 1836631
Page 2

| | | |
|---|---|---|
| 08/08/05 | Strategize re assertion of objections to Plaintiffs' discovery requests on grounds that requests address underlying jurisdictional dispute between unions; telephone calls with Bob City re governing ERISA law and whether jurisdictional discovery can be sought in connection with collection action by funds; brief research on black letter law on right of union benefit funds to seek contributions on a job performed by another union; email correspondence to ERISA attorneys re ERISA law applicable to dispute.<br>-Jennifer R. Cervenka 2.00 hours at 255.00 per hour. | 510.00 |
| 08/10/05 | Continue research re standing of benefit plans to seek relief for unpaid contributions and whether action on underlying jurisdictional dispute is proper.<br>-Jennifer R. Cervenka 1.80 hours at 255.00 per hour. | 459.00 |
| 08/18/05 | Internal research with re firm's experience with similar ERISA cases and whether lawsuit is permissible given underlying jurisdictional dispute; determine strategy for responding to discovery and whether objections to substantive interrogatories and document requests should be asserted.<br>-Jennifer R. Cervenka .30 hours at 255.00 per hour. | 76.50 |
| 08/19/05 | Telephone call with Bob City re research supporting objections and standing; two telephone calls with Plaintiff's counsel re extension of discovery deadline and pre-trial order deadlines.<br>-Jennifer R. Cervenka .50 hours at 255.00 per hour. | 127.50 |

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

September 7, 2005
Invoice 1836631
Page 3

| | | |
|---|---|---|
| 08/22/05 | Conference call with Bob City and Attorney Jennifer R. Cervenka ; review of collective bargaining agreement.<br>-R. Daniel Prentiss .90 hours at 365.00 per hour. | 328.50 |
| 08/22/05 | Attention to strategy re standing of plans, discovery, research to support discovery objections, and applicable collective bargaining agreements; prepare stipulation re discovery extension.<br>-Jennifer R. Cervenka .50 hours at 255.00 per hour. | 127.50 |
| 08/23/05 | Further review of collective bargaining agreement and other documents; telephone conference with Bob City to agree on approach to the litigation.<br>-R. Daniel Prentiss .90 hours at 365.00 per hour. | 328.50 |
| 08/23/05 | Brief review of applicable collective bargaining agreements for language re work jurisdiction; conference with Bob City re completion of discovery to Treviicos and preparation of discovery to plaintiffs.<br>-Jennifer R. Cervenka .50 hours at 255.00 per hour. | 127.50 |
| ~~08/26/05~~ | ~~Conference with Jennifer Cervenka re: jurisdictional dispute and other related issues<br>-Timothy M. Singhel .40 hours at 375.00 per hour.~~ | ~~150.00~~ |
| 08/26/05 | Telephone call with Holland & Knight labor union Attorney Tim Singhel re viability of action, standing, and underlying jurisdictional dispute; determine appropriate approach to discovery; prepare letter to plaintiffs' counsel Elizabeth Weins re new pre-trial dates.<br>-Jennifer R. Cervenka .80 hours at 255.00 per hour. | 204.00 |

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

September 7, 2005
Invoice 1836631
Page 4

| | | |
|---|---|---|
| 08/31/05 | Attention to outstanding discovery request; telephone conference with Bob City's office to coordinate preparation of responses.<br>-R. Daniel Prentiss .30 hours at 365.00 per hour. | 109.50 |
| 08/31/05 | Attention to remaining areas of Treviicos's interrogatory answers on which further information is needed.<br>-Jennifer R. Cervenka .20 hours at 255.00 per hour. | 51.00 |

Total Fees for Professional Services .......$ 4,180.50

| Name | Title | Hours | Rate | Value |
|---|---|---|---|---|
| Prentiss, -R. Daniel | Partner | 2.10 | 365.00 | 766.50 |
| Cervenka, -Jennifer R. | Associate | 12.80 | 255.00 | 3,264.00 |
| Singhel, -Timothy M. | Associate | 0.40 | 375.00 | 150.00 |

Reimbursable costs through August 31, 2005

| | |
|---|---|
| Photocopy | 5.60 |
| Postage | 2.31 |
| Secretary Overtime | 34.00 |
| Telecopy | 28.00 |
| Westlaw | 46.63 |

| | |
|---|---|
| Total Reimbursable Costs ..................$ | 116.54 |
| Current Billing for this Matter ............ | 4,297.04 |
| BALANCE DUE THIS INVOICE ..................$ | 4,297.04 |

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

October 6, 2005
Invoice 1851250

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #085752.00003
Defense of claim alleged underfunding of
employee benefits

| | | |
|---|---|---|
| Fees for Professional Services | $ | 4,407.00 |
| Reimbursable Costs | | 202.43 |
| INVOICE TOTAL | $ | 4,609.43 |
| BALANCE DUE THIS INVOICE | $ | 4,609.43 |

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

Wachovia Bank
214 N. Hogan Street, Jacksonville Fl., 32202
DOMESTIC Clients: ABA #063000021
INTERNATIONAL Clients: SWIFT PNBPUS33
For Credit to the Account of:
HOLLAND & KNIGHT LLP
ACCT. #2090002390441

Please indicate our INVOICE NUMBER as reference in your wire transfer.

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

October 6, 2005
Invoice 1851250
Page 2
REMITTANCE COPY

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

87015

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

October 6, 2005
Invoice 1851250
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through September 30, 2005
in connection with the following:

Our Matter #085752.00003
Defense of claim alleged underfunding of
employee benefits

| | | |
|---|---|---|
| 09/06/05 | Telephone conference with Bob City on discovery responses and planning; conference with Attorney Jennifer R. Cervenka to discuss discovery responses.<br>-R. Daniel Prentiss .30 hours at 365.00 per hour. | 109.50 |
| 09/06/05 | Review and consider additional objections to document request responses; telephone call with Bob City re answers and document responses; review and consider answers to interrogatories, with particular attention to answer regarding operation of CM-120; finalize responses to requests and serve all discovery on opposing counsel.<br>-Jennifer R. Cervenka 1.40 hours at 255.00 per hour. | 357.00 |
| 09/07/05 | Begin review of discovery requests.<br>-R. Daniel Prentiss .40 hours at 365.00 per hour. | 146.00 |

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

October 6, 2005
Invoice 1851250
Page 2

| | | |
|---|---|---|
| 09/07/05 | Review and consider changes to draft written discovery to Plaintiffs; telephone call with opposing counsel re production of documents; attention to discovery deadlines.<br>-Jennifer R. Cervenka 1.50 hours at 255.00 per hour. | 382.50 |
| 09/09/05 | Revise Requests for Answers to Interrogatories to include more foundational interrogatories and more specificity on authority to bring suit and to reflect terms used in Complaint.<br>-Jennifer R. Cervenka .80 hours at 255.00 per hour. | 204.00 |
| 09/12/05 | Review of arbitration briefs; legal research in preparation for conference call; telephone conference with Bob City to discuss the planning for the case; review and re-draft of discovery; draft new discovery to plaintiffs.<br>-R. Daniel Prentiss 3.10 hours at 365.00 per hour. | 1131.50 |
| 09/13/05 | Telephone conference with Bob City; further work on revisions to discovery, and preparation of discovery to the plaintiffs.<br>-R. Daniel Prentiss 1.80 hours at 365.00 per hour. | 657.00 |
| 09/13/05 | Telephone call with Elizabeth Weins, plaintiffs' counsel, re production of Treviicos documents.<br>-Jennifer R. Cervenka .20 hours at 255.00 per hour. | 51.00 |
| 09/16/05 | Telephone call with Elizabeth Weins re document production and deposition of Gregory Sanchez; attention to status of our discovery to Plaintiffs; review of documents being produced as part of Treviicos's response to first request for production of documents; prepare letter to Elizabeth Weins re Treviicos production of documents; serve response to Plaintiffs' document request.<br>-Jennifer R. Cervenka 1.50 hours at 255.00 per hour. | 382.50 |

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

October 6, 2005
Invoice 1851250


09/19/05 Attention to deposition of Gregory Sanchez and motion for admission of Robert City pro hac vice; telephone call with Plaintiffs' counsel re receipt of documents and extension on pre-trial order deadlines.
-Jennifer R. Cervenka .60 hours at 255.00 per hour. 153.00

09/19/05 Prepare motion and certification for entry of pro hac vice appearance by Robert City, Esq. in Rhode Island Federal District Court.
-Matthew J. Frankel 1.70 hours at 190.00 per hour. 323.00

09/20/05 Execute joint motion to extend pre-trial discovery deadlines; calendar new dates; prepare letter to court; review motion for admission pro hac vice; attention to status of discovery.
-Jennifer R. Cervenka .50 hours at 255.00 per hour. 127.50

09/21/05 Attention to motion for admission pro hac vice, 26(a) disclosures, and deposition of Gregory Sanchez; telephone call with Elizabeth Weins re deposition date for Gregory Sanchez.
-Jennifer R. Cervenka .30 hours at 255.00 per hour. 76.50

09/22/05 Finalize motion for pro hac vice admission, letter to opposing counsel re joint motion to extend discovery deadlines.
-Jennifer R. Cervenka .30 hours at 255.00 per hour. 76.50

09/23/05 Review correspondence from opposing counsel re deposition of Greg Sanchez and forward.
-Jennifer R. Cervenka .20 hours at 255.00 per hour. 51.00

09/27/05 Review correspondence from federal court re filing of pro hac vice motion; prepare Initial Disclosures.
-Jennifer R. Cervenka .70 hours at 255.00 per hour. 178.50

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

October 6, 2005
Invoice 1851250
Page 4

Total Fees for Professional Services .......$ 4,407.00

| Name | Title | Hours | Rate | Value |
|---|---|---|---|---|
| Prentiss, -R. Daniel | Partner | 5.60 | 365.00 | 2,044.00 |
| Cervenka, -Jennifer R. | Associate | 8.00 | 255.00 | 2,040.00 |
| Frankel, -Matthew J. | Associate | 1.70 | 190.00 | 323.00 |

Reimbursable costs through September 30, 2005

| | | |
|---|---|---|
| 09/26/05 | Federal Board of Bar Examiners<br>RI3902416 - 085752.3/Filing fee | 50.00 |
| | Photocopy | 69.00 |
| | Postage | 29.74 |
| | Telecopy | 39.00 |
| | Westlaw | 14.69 |

Total Reimbursable Costs ..................$ 202.43

Current Billing for this Matter ........... 4,609.43

BALANCE DUE THIS INVOICE ..................$ 4,609.43

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

November 3, 2005
Invoice 1863303

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #085752.00003
Defense of claim alleged underfunding of employee benefits

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,011.00 |
| Reimbursable Costs | | 140.57 |
| INVOICE TOTAL | $ | 1,151.57 |
| BALANCE DUE THIS INVOICE | $ | 1,151.57 |

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

Wachovia Bank
214 N. Hogan Street, Jacksonville Fl., 32202
DOMESTIC Clients: ABA #063000021
INTERNATIONAL Clients: SWIFT PNBPUS33
For Credit to the Account of:
HOLLAND & KNIGHT LLP
ACCT. #2090002390441

Please indicate our INVOICE NUMBER as reference in your wire transfer.

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

November 3, 2005
Invoice 1863303
Page 2
REMITTANCE COPY

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

87015

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

November 3, 2005
Invoice 1863303
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through October 31, 2005
in connection with the following:

Our Matter #085752.00003
Defense of claim alleged underfunding of
employee benefits

10/14/05 Attention to deposition of Greg Sanchez and issues raised; telephone call with Elizabeth Weins re her request for additional time to respond to written discovery.
-Jennifer R. Cervenka .40 hours at 265.00 per hour. 106.00

10/21/05 Attention to discovery deadlines and review recent Massachusetts federal court decision re authority of trustees of plan to seek delinquent contributions.
-Jennifer R. Cervenka .30 hours at 265.00 per hour. 79.50

10/25/05 Review and execute stipulation regarding extension of time for Plaintiffs to respond to written discovery.
-Jennifer R. Cervenka .20 hours at 265.00 per hour. 53.00

10/26/05 Attention to new discovery requests; letter to Bob City; review of Mass federal court decision in similar case.
-R. Daniel Prentiss .50 hours at 375.00 per hour. 187.50

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

November 3, 2005
Invoice 1863303
Page 2

| | | |
|---|---|---|
| 10/27/05 | Review second request for production of documents; review and consider deposition testimony of Greg Sanchez.<br>-Jennifer R. Cervenka .70 hours at 265.00 per hour. | 185.50 |
| 10/28/05 | Review declarations of trust and collective bargaining agreement received in response to discovery request.<br>-R. Daniel Prentiss .50 hours at 375.00 per hour. | 187.50 |
| 10/28/05 | Review of Plaintiffs' response to Treviicos's first set of document requests and attached documents.<br>-Jennifer R. Cervenka .80 hours at 265.00 per hour. | 212.00 |

Total Fees for Professional Services .......$ 1,011.00

| Name | Title | Hours | Rate | Value |
|---|---|---|---|---|
| Prentiss, -R. Daniel | Partner | 1.00 | 375.00 | 375.00 |
| Cervenka, -Jennifer R. | Associate | 2.40 | 265.00 | 636.00 |

Reimbursable costs through October 31, 2005

| | |
|---|---|
| Photocopy | 140.20 |
| Postage | 0.37 |

| | |
|---|---|
| Total Reimbursable Costs ..................$ | 140.57 |
| Current Billing for this Matter ........... | 1,151.57 |
| BALANCE DUE THIS INVOICE ..................$ | 1,151.57 |

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

December 6, 2005
Invoice 1881252

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #085752.00003
Defense of claim alleged underfunding of employee benefits

| | | |
|---|---|---|
| Fees for Professional Services | $ | 3,004.00 |
| Reimbursable Costs | | 157.55 |

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 3,161.55 |
| BALANCE DUE THIS INVOICE | $ | 3,161.55 |

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

Wachovia Bank
214 N. Hogan Street, Jacksonville Fl., 32202
DOMESTIC Clients: ABA #063000021
INTERNATIONAL Clients: SWIFT PNBPUS33
For Credit to the Account of:
HOLLAND & KNIGHT LLP
ACCT. #2090002390441

Please indicate our INVOICE NUMBER as reference in your wire transfer.

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

December 6, 2005
Invoice 1881252
Page 2
REMITTANCE COPY

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

87015

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

December 6, 2005
Invoice 1881252
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through November 30, 2005
in connection with the following:

Our Matter #085752.00003
Defense of claim alleged underfunding of
employee benefits

11/01/05 Review Plaintiffs' Answers to Interrogatories and portions of documents relied upon in support of Plaintiffs' claims.
-Jennifer R. Cervenka 1.00 hours at 265.00 per hour. 265.00

11/08/05 Review of recent filings; telephone conference with Bob CIty to discuss next steps to preserve our interests.
-R. Daniel Prentiss .40 hours at 375.00 per hour. 150.00

11/08/05 Attention to discovery dates and discovery needed prior to discovery closure; telephone conference with Bob City re same.
-Jennifer R. Cervenka .60 hours at 265.00 per hour. 159.00

11/09/05 Review of arbitrator's award on the jurisdictional issue between capenters and laborers unions.
-R. Daniel Prentiss .70 hours at 375.00 per hour. 262.50

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

December 6, 2005
Invoice 1881252
Page 2

| | | |
|---|---|---|
| 11/10/05 | Preparation of depositions of all trustees and 30(b)(6) depositions of Plaintiff Funds; review Plaintiffs' interrogatories and document responses for unresponsive answers and responses; prepare motions to compel answers to interrogatories and document requests; prepare motion to extend discovery period.<br>-Jennifer R. Cervenka 4.50 hours at 265.00 per hour. | 1192.50 |
| 11/17/05 | Telephone conference with Bob City to discuss analysis of the contracts, and strategy for the litigation.<br>-R. Daniel Prentiss .20 hours at 375.00 per hour. | 75.00 |
| 11/21/05 | Careful review and analysis of the collective bargaining agreements and the declarations of trust.<br>-R. Daniel Prentiss 1.50 hours at 375.00 per hour. | 562.50 |
| 11/22/05 | Continuing review and analysis of the contract documents.<br>-R. Daniel Prentiss .90 hours at 375.00 per hour. | 337.50 |

Total Fees for Professional Services .......$ 3,004.00

| Name | Title | Hours | Rate | Value |
|---|---|---|---|---|
| Prentiss, -R. Daniel | Partner | 3.70 | 375.00 | 1,387.50 |
| Cervenka, -Jennifer R. | Associate | 6.10 | 265.00 | 1,616.50 |

Reimbursable costs through November 30, 2005

| | | |
|---|---|---|
| 11/23/05 | DASH Delivery, Inc. (courier) - Inv. # 7278 - Week ending 11/11/05 | 6.00 |

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

December 6, 2005
Invoice 1881252


| | |
|---|---|
| Photocopy | 103.00 |
| Postage | 19.57 |
| Telecopy | 3.00 |
| Westlaw | 25.98 |

| | |
|---|---|
| Total Reimbursable Costs ..................$ | 157.55 |
| | ----------- |
| Current Billing for this Matter ........... | 3,161.55 |
| | ----------- |
| BALANCE DUE THIS INVOICE ..................$ | 3,161.55 |
| | =========== |

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

January 9, 2006
Invoice 1893919

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #085752.00003
Defense of claim alleged underfunding of employee benefits

| | | |
|---|---|---|
| Fees for Professional Services | $ | 9,085.50 |
| Reimbursable Costs | | 262.55 |

| | | |
|---|---|---|
| INVOICE TOTAL | $ | 9,348.05 |
| BALANCE DUE THIS INVOICE | $ | 9,348.05 |

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

Wachovia Bank
214 N. Hogan Street, Jacksonville Fl., 32202
DOMESTIC Clients: ABA #063000021
INTERNATIONAL Clients: SWIFT PNBPUS33
For Credit to the Account of:
HOLLAND & KNIGHT LLP
ACCT. #2090002390441

Please indicate our INVOICE NUMBER as reference in your wire transfer.

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

January 9, 2006
Invoice 1893919
Page 2
REMITTANCE COPY

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

87015

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

January 9, 2006
Invoice 1893919
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through December 31, 2005
in connection with the following:

Our Matter #085752.00003
Defense of claim alleged underfunding of
employee benefits

11/21/05 Review and consider letter from Elizabeth Weins re issues with discovery and motions to compel.
-Jennifer R. Cervenka .20 hours at 265.00 per hour. 53.00

11/22/05 Review draft responses to Plaintiffs' Second Request for Production of Documents and telephone call with Bob City re same; telephone call with Elizabeth Weins to go over interrogatory answers and document responses and to discuss depositions of Funds and trustees.
-Jennifer R. Cervenka .80 hours at 265.00 per hour. 212.00

11/23/05 Telephone call with Bob City re motions to compel, additional documents that will be produced by Plaintiffs, and our response to Plaintiffs' Second Request for Production of Documents; revise and finalize response to Request for Production of Documents and serve on opposing counsel.
-Jennifer R. Cervenka .50 hours at 265.00 per hour. 132.50

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

January 9, 2006
Invoice 1893919
Page 2

| | | |
|---|---|---|
| 11/28/05 | Brief review of documents being produced pursuant to Plaintiffs' Second Request for Production of Documents; prepare letter to Elizabeth Weins enclosing documents; follow-up on Pension Fund Declaration of Trust amendment.<br>-Jennifer R. Cervenka .80 hours at 265.00 per hour. | 212.00 |
| 11/29/05 | Telephone call with Elizabeth Weins re outstanding discovery and missing page from Annuity Fund Declaration of Trust; confer with Michael Disset re outstanding discovery issues.<br>-Jennifer R. Cervenka .40 hours at 265.00 per hour. | 106.00 |
| 11/30/05 | Review minute meetings and compare with terms of Declaration of Trust; telephone call with Plaintiffs' counsel re her objections to the motions to compel and additional information on minute meetings; telephone call with federal court re motion to extend pretrial discovery deadlines.<br>-Jennifer R. Cervenka .70 hours at 265.00 per hour. | 185.50 |
| 12/05/05 | Careful and intensive review of the contract documents and analysis of the claims; analysis of the defenses, and possible dispositive motions; analysis of further discovery needs; conference with Attorney Jennifer R. Cervenka to discuss the pending discovery and completion of responses; telephone conference with Bob City and Mike Dissette to discuss planning for the completion of the litigation, and adoption of strategy to most effectively bring it to conclusion.<br>-R. Daniel Prentiss 1.50 hours at 375.00 per hour. | 562.50 |
| 12/05/05 | Review declarations of trust and collective bargaining agreement and analyze possible legal defenses.<br>-Jennifer R. Cervenka 1.00 hours at 265.00 per hour. | 265.00 |

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

January 9, 2006
Invoice 1893919
Page 3

| | | |
|---|---|---|
| 12/06/05 | Continuing review and analysis of documents and preparation of updated litigation plan; telephone conference with Mike Dissette to discuss plan.<br>-R. Daniel Prentiss 1.80 hours at 375.00 per hour. | 675.00 |
| 12/06/05 | Continue review of trust documents for assessment of possible legal defenses; research on standing of funds to pursue delinquent contributions under ERISA.<br>-Jennifer R. Cervenka 2.00 hours at 265.00 per hour. | 530.00 |
| 12/07/05 | Telephone conferences with regarding depositions, and begin preparation for the depositions.<br>-R. Daniel Prentiss .90 hours at 375.00 per hour. | 337.50 |
| 12/07/05 | Prepare Response and supporting memorandum to Plaintiffs' Motion to Vacate Motions to Compel.<br>-Jennifer R. Cervenka .50 hours at 265.00 per hour. | 132.50 |
| 12/08/05 | Review and consider objections to motions to compel; multiple telephone calls with Elizabeth Weins re trustee/administrator depositions and objections to motions to compel.<br>-Jennifer R. Cervenka 1.20 hours at 265.00 per hour. | 318.00 |
| 12/09/05 | Review and consider additional documents produced by Plaintiffs and follow-up with opposing counsel re same.<br>-Jennifer R. Cervenka .60 hours at 265.00 per hour. | 159.00 |
| 12/12/05 | Continue research on standing of funds to pursue delinquent contributions under ERISA.<br>-Jennifer R. Cervenka .50 hours at 265.00 per hour. | 132.50 |

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

January 9, 2006
Invoice 1893919
Page 4

| | | |
|---|---|---|
| 12/13/05 | Telephone conference with Bob City regarding scheduled depositions; review files, and cull documents to be copied and possibly used in depositions;review memorandum of Mike Dissette on issues in the case.<br>-R. Daniel Prentiss 2.80 hours at 375.00 per hour. | 1050.00 |
| 12/13/05 | Telephone call with opposing counsel re hearing on motions to compel; telephone call to federal court re same; review and consider legal issues raised in memorandum authored by Mike Dissett.<br>-Jennifer R. Cervenka .90 hours at 265.00 per hour. | 238.50 |
| 12/14/05 | Final preparation for deposition; prepare deposition outline; mark exhibits; begin deposition; postpone after witness states he is unprepared for deposition; telephone conference with Bob City on status; review of Sanchez and Abukheir deposition transcripts in further preparation for depositions.<br>-R. Daniel Prentiss 3.00 hours at 375.00 per hour. | 1125.00 |
| 12/14/05 | Telephone call with federal court re hearing on motions to compel; telephone call with Elizabeth Weins re 30(b)(6) depositions and hearing on motions to compel.<br>-Jennifer R. Cervenka .50 hours at 265.00 per hour. | 132.50 |
| 12/15/05 | Prepare for and take deposition of Sean McMullen; telephone conference with Mike Dissette following deposition.<br>-R. Daniel Prentiss 1.80 hours at 375.00 per hour. | 675.00 |
| 12/16/05 | Prepare for and take deposition of David Maron; telephone conference with Mike Dissette and Bob City following deposition.<br>-R. Daniel Prentiss 2.60 hours at 375.00 per hour. | 975.00 |

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

January 9, 2006
Invoice 1893919
Page 5

12/19/05 Letter to Elizabeth Wiens confirming the Rule 30(b)(6) deposition.
-R. Daniel Prentiss .20 hours at 375.00 per hour. 75.00

12/27/05 Review notice from court re hearing date on 1/12; telephone call with Elizabeth Weins re hearing date and including unredacted meeting minutes and agendas in Defendant's Motions to Compel; prepare supplemental memorandum in support of motion to compel to address issue of meeting minutes and agendas.
-Jennifer R. Cervenka 1.40 hours at 265.00 per hour. 371.00

12/28/05 Review of discovery motion and response; analysis of whether to include argument on redacted minutes and agendas.
-R. Daniel Prentiss .30 hours at 375.00 per hour. 112.50

12/28/05 Attention to issues for motion to compel re standing; telephone call with Elizabeth Wiens re status of production of meeting minutes and agendas; review deposition transcripts of Treviicos for information that might be raised at hearing on motions to compel.
-Jennifer R. Cervenka 1.20 hours at 265.00 per hour. 318.00

Total Fees for Professional Services .......$ 9,085.50

| Name | Title | Hours | Rate | Value |
|---|---|---|---|---|
| Prentiss, -R. Daniel | Partner | 14.90 | 375.00 | 5,587.50 |
| Cervenka, -Jennifer R. | Associate | 13.20 | 265.00 | 3,498.00 |

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

January 9, 2006
Invoice 1893919
Page 6

Reimbursable costs through December 31, 2005

| | | |
|---|---|---|
| 12/26/05 | NOW Courier - Inv. #69859 - Gursky Law Associates - 11/28/05 | 41.75 |
| | Photocopy | 172.60 |
| | Postage | 12.89 |
| | Telecopy | 2.00 |
| | Westlaw | 33.31 |

| | |
|---|---|
| Total Reimbursable Costs ..................$ | 262.55 |
| Current Billing for this Matter ........... | 9,348.05 |
| BALANCE DUE THIS INVOICE ..................$ | 9,348.05 |

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

February 7, 2006
Invoice 1907652

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #085752.00003
Defense of claim alleged underfunding of
employee benefits

| | | |
|---|---|---|
| Fees for Professional Services | $ | 450.00 |
| Reimbursable Costs | | 402.43 |
| INVOICE TOTAL | $ | 852.43 |
| BALANCE DUE THIS INVOICE | $ | 852.43 |

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

Wachovia Bank
214 N. Hogan Street, Jacksonville Fl., 32202
DOMESTIC Clients: ABA #063000021
INTERNATIONAL Clients: SWIFT PNBPUS33
For Credit to the Account of:
HOLLAND & KNIGHT LLP
ACCT. #2090002390441

Please indicate our INVOICE NUMBER as reference in your wire transfer.

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

February 7, 2006
Invoice 1907652
Page 2
REMITTANCE COPY

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

87015

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

February 7, 2006
Invoice 1907652
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through January 31, 2006
in connection with the following:

Our Matter #085752.00003
Defense of claim alleged underfunding of
employee benefits

01/06/06 Review deposition transcripts and send to Bob City.
-R. Daniel Prentiss .50 hours at 375.00 per hour. 187.50

01/11/06 Review of motions and issues to be heard January 12; conference with Attorney Jennifer R. Cervenka to prepare for the hearing.
-R. Daniel Prentiss .70 hours at 375.00 per hour. 262.50

Total Fees for Professional Services .......$ 450.00

| Name | Title | Hours | Rate | Value |
|---|---|---|---|---|
| Prentiss, -R. Daniel | Partner | 1.20 | 375.00 | 450.00 |

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

February 7, 2006
Invoice 1907652
Page 2

Reimbursable costs through January 31, 2006

| | | |
|---|---|---|
| 01/11/06 | Allied Court Reporters, Inc. 085752.3/Reporter Service includes original + mini David Maron - Inv. #15055 | 178.60 |
| 01/11/06 | Allied Court Reporters, Inc. 085752.3/Reporter service includes origninal + mini - Inv. #15045 | 137.75 |
| 01/11/06 | Allied Court Reporters, Inc. 085752.3/Deposition did not go forward of Thomas Savoie - Inv. #14788 | 50.00 |
| | Photocopy | 16.00 |
| | Postage | 4.08 |
| | Telecopy | 16.00 |

| | |
|---|---|
| Total Reimbursable Costs ..................$ | 402.43 |
| Current Billing for this Matter ........... | 852.43 |
| BALANCE DUE THIS INVOICE ..................$ | 852.43 |

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

February 24, 2006
Invoice 1916094

**TERMS: DUE ON RECEIPT**

REMITTANCE COPY
(PLEASE RETURN WITH YOUR PAYMENT)

Our Matter #085752.00003
Defense of claim alleged underfunding of
employee benefits

| | | |
|---|---|---|
| Fees for Professional Services | $ | 3,380.50 |
| Reimbursable Costs | | 7.80 |
| INVOICE TOTAL | $ | 3,388.30 |
| BALANCE DUE THIS INVOICE | $ | 3,388.30 |

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

Wachovia Bank
214 N. Hogan Street, Jacksonville Fl., 32202
DOMESTIC Clients: ABA #063000021
INTERNATIONAL Clients: SWIFT PNBPUS33
For Credit to the Account of:
HOLLAND & KNIGHT LLP
ACCT. #2090002390441

Please indicate our INVOICE NUMBER as reference in your wire transfer.

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

February 24, 2006
Invoice 1916094
Page 2
REMITTANCE COPY

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

87015

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

February 24, 2006
Invoice 1916094
Page 1
**TERMS: DUE ON RECEIPT**

For professional services rendered through February 21, 2006
in connection with the following:

Our Matter #085752.00003
Defense of claim alleged underfunding of
employee benefits

| | | |
|---|---|---|
| 01/10/06 | Determine status of outstanding documents requests and finalize supplemental memorandum in support of motion to compel documents.<br>-Jennifer R. Cervenka .50 hours at 265.00 per hour. | 132.50 |
| 01/11/06 | Prepare for hearing on our motions to compel discovery.<br>-Jennifer R. Cervenka 1.50 hours at 265.00 per hour. | 397.50 |
| 01/12/06 | Attend and represent client at hearing before Magistrate Almond on our motions to compel discovery.<br>-Jennifer R. Cervenka 1.50 hours at 265.00 per hour. | 397.50 |
| 01/13/06 | Review Magistrate Almond's order re our motions to compel and determine categories of discovery that must be produced pursuant to same.<br>-Jennifer R. Cervenka .20 hours at 265.00 per hour. | 53.00 |
| 02/01/06 | Preparation for deposition.<br>-R. Daniel Prentiss .80 hours at 375.00 per hour. | 300.00 |

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

February 24, 2006
Invoice 1916094
Page 2

| | | |
|---|---|---|
| 02/02/06 | Preparation for deposition; attend and take Rule 30(b)(6) deposition of plaintiffs.<br>-R. Daniel Prentiss 4.00 hours at 375.00 per hour. | 1500.00 |
| 02/06/06 | Review of Palmisciano deposition; telephone conference with Bob City; prepare letter to Mr. City outlining plans for dispositive motion.<br>-R. Daniel Prentiss 1.60 hours at 375.00 per hour. | 600.00 |

Total Fees for Professional Services .......$ 3,380.50

| Name | Title | Hours | Rate | Value |
|---|---|---|---|---|
| Prentiss, -R. Daniel | Partner | 6.40 | 375.00 | 2,400.00 |
| Cervenka, -Jennifer R. | Associate | 3.70 | 265.00 | 980.50 |

Reimbursable costs through February 21, 2006

| | |
|---|---|
| Photocopy | 7.80 |

| | |
|---|---|
| Total Reimbursable Costs ...................$ | 7.80 |
| Current Billing for this Matter ........... | 3,388.30 |
| BALANCE DUE THIS INVOICE ...................$ | 3,388.30 |

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

March 23, 2006
Invoice 1928452

**TERMS: DUE ON RECEIPT**

**REMITTANCE COPY**
**(PLEASE RETURN WITH YOUR PAYMENT)**

Our Matter #085752.00003
Defense of claim alleged underfunding of
employee benefits

| | | |
|---|---|---|
| Reimbursable Costs | | 191.24 |
| INVOICE TOTAL | $ | 191.24 |
| BALANCE DUE THIS INVOICE | $ | 191.24 |

If you wish to remit by WIRE TRANSFER, please wire transfer funds to:

Wachovia Bank
214 N. Hogan Street, Jacksonville Fl., 32202
DOMESTIC Clients: ABA #063000021
INTERNATIONAL Clients: SWIFT PNBPUS33
For Credit to the Account of:
HOLLAND & KNIGHT LLP
ACCT. #2090002390441

Please indicate our INVOICE NUMBER as reference in your wire transfer.

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

March 23, 2006
Invoice 1928452
Page 2
REMITTANCE COPY

If you wish to remit by COURIER DELIVERY, please use the following address:

Holland & Knight LLP
Suite 864084
11050 Lake Underhill Road
Orlando, FL 32825-5016

87015

Law Offices
**HOLLAND & KNIGHT LLP**

P.O. Box 864084
Orlando, Fl 32886-4084
(813) 901-4180
EIN 59-0663819

| | | | International: |
|---|---|---|---|
| Atlanta | Lakeland | Portland | Beijing |
| Bethesda | Los Angeles | San Francisco | Caracas* |
| Boston | Miami | Tallahassee | Helsinki* |
| Chicago | New York | Tampa | Mexico City |
| Ft. Lauderdale | No. Virginia | Washington, D.C. | Tel Aviv* |
| Jacksonville | Orlando | West Palm Beach | Tokyo |

*Representative Office

TREVIICOS Corporation
Attn: Robert D. City, Esquire
City, Hayes, Meagher & Dissette, PC
273 Summer Street
Boston, MA 02110

March 23, 2006
Invoice 1928452
Page 1
**TERMS: DUE ON RECEIPT**

Expenses rendered through February 28, 2006

Our Matter #085752.00003
Defense of claim alleged underfunding of
employee benefits

Reimbursable costs through February 28, 2006

| | |
|---|---|
| Postage | 2.30 |
| Telecopy | 3.00 |
| Westlaw | 185.94 |

| | |
|---|---|
| Total Reimbursable Costs ..................$ | 191.24 |
| Current Billing for this Matter ........... | 191.24 |
| BALANCE DUE THIS INVOICE ..................$ | 191.24 |

***R. Daniel Prentiss, P.C.***
One Turks Head Place
Suite 380
Providence, RI 02903

Ph:401-824-5150 Fax:401-824-5181

April 3, 2006

Treviicos Corporation
Gregory Sanchez
273 Summer Street
Boston, Massachussets 02210

File #: 13
Inv #: 26

**RE:** R. I Carpenters Annuity Fund, et al v. Trevi Icos Corporation

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Feb-22-06 | RDP | Telephone call with Mike Dissette to discuss task management in preparation of summary judgment motion. | 0.30 | $345.00 | 103.50 |
| Mar-01-06 | RDP | Conference with Jennifer Cervenka to discuss issues in summary judgment motion. | 0.40 | $345.00 | 138.00 |
| | RC | Begin Legal Research on issues to be used as basis for summary judgment: standing of funds to sue. | 1.50 | $225.00 | 337.50 |
| Mar-02-06 | RC | Coninuing Legal Research on standing of funds to maintain suit; on jurisdiction of court to hear action by funds to enforce ERISA plan. Begin preparation of legal argument on these issues. | 6.20 | $225.00 | 1,395.00 |
| Mar-06-06 | RDP | Conference with Bob Crohan to go over status of research and drafting of summary judgment memorandum. | 0.30 | $345.00 | 103.50 |
| Mar-07-06 | RDP | Review Legal Research on issue of standing; conference with Bob Crohan on preparation of summary judgment memorandum. | 0.70 | $345.00 | 241.50 |
| | RDP | Review of case law and Legal | 0.70 | $345.00 | 241.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | Research on issue of standing under ERISA; discussion of summary judgment issues with Bob Crohan. | | | |
| Mar-08-06 | RC | Continuing legal research on standing and jurisdiction; continue drafting of these sections of the legal argument; begin Legal Research on issue of enforcement tied to the terms of the contract under ERISA. | 5.50 | $225.00 | 1,237.50 |
| Mar-13-06 | RC | Further legal research on the contract aspect of an ERISA enforcement claim; analyze the terms of the collective bargaining agreements and trust agreements; begin preparation of the legal argument of this section of the memorandum on summary judgment; review and revise previous legal argument sections. | 7.30 | $225.00 | 1,642.50 |
| Mar-15-06 | RC | Further Legal Research on contract issues; continue in the preparation of the contract portion of the memorandum on summary judgment . | 3.00 | $225.00 | 675.00 |
| Mar-16-06 | RC | Continue Legal Research and analysis on contract issues, and preparation of these sections of the memorandum . | 1.50 | $225.00 | 337.50 |
| Mar-17-06 | RDP | Work on memorandum on summary judgment motion. | 1.10 | $345.00 | 379.50 |
| Mar-20-06 | RDP | Work on summary judgment memorandum; review Legal Research and draft introduction and factual portions | 1.00 | $345.00 | 345.00 |
| | RC | Review and revise legal argument sections, and prepare to hand off to Mr. Prentiss | 1.00 | $225.00 | 225.00 |
| Mar-21-06 | RDP | Telephone call with Mike Dissette regarding progress on the brief; continuing work on memorandum on summary judgment | 1.10 | $345.00 | 379.50 |
| Mar-22-06 | RDP | Continuing work on memorandum on summary judgment. | 4.30 | $345.00 | 1,483.50 |

| | | | | | |
|---|---|---|---|---|---|
| Mar-23-06 | RDP | Continuing work on memorandum on summary judgment | 1.50 | $345.00 | 517.50 |
| Mar-24-06 | RDP | Continuing work on memorandum on summary judgment . | 3.80 | $345.00 | 1,311.00 |
| Mar-26-06 | RDP | Continuing work on summary judgment memorandum; review and revise legal arguments on standing, jurisdiction, and contract; further review and revise statement of facts; work on preparation of statement of undisputed facts. | 3.10 | $345.00 | 1,069.50 |
| Mar-27-06 | RDP | Further work on summary judgment memorandum; | 5.00 | $345.00 | 1,725.00 |
| Mar-28-06 | RDP | Continuing work on finishing up memorandum on summary judgment. | 3.10 | $345.00 | 1,069.50 |
| Mar-29-06 | RDP | Finish up the summary judgment memorandum and prepare exhibits and appendices. | 0.20 | $345.00 | 69.00 |
| Mar-30-06 | RDP | Letter to Judge Smith regarding motion for summary judgment | 0.20 | $345.00 | 69.00 |
| | | Totals | 52.80 | | $15,096.00 |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopy Recovery | 321.60 |
| Postage Recovery | 12.56 |
| Totals | $334.16 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$15,430.16** |
| **Balance Now Due** | **$15,430.16** |

TAX ID Number 01-0857824

***R. Daniel Prentiss, P.C.***
One Turks Head Place
Suite 380
Providence, RI 02903

Ph:401-824-5150 Fax:401-824-5181

May 2, 2006

Treviicos Corporation
Gregory Sanchez
273 Summer Street
Boston, Massachussets 02210

File #: 13
Inv #: 57

**RE:** R. I Carpenters Annuity Fund, et al v. Trevi Icos Corporation

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Apr-03-06 | RDP | Review memorandum on summary judgment in preparation for review of responsive memorandum. | 0.50 | $345.00 | 172.50 |
| Apr-04-06 | RDP | Review of summary judgment memorandum, and Legal Research, in preparation for receipt of opposition memorandum. | 0.10 | $345.00 | 34.50 |
| Apr-10-06 | RDP | Telephone call with Bob City | 0.10 | $345.00 | 34.50 |
| Apr-24-06 | RDP | Begin review of plaintiffs' response to motion for summary judgment; | 2.10 | $345.00 | 724.50 |
| Apr-25-06 | RDP | Review of case law, and Legal Research on issues raised, in plaintiffs' response to summary judgment memorandum; | 1.70 | $345.00 | 586.50 |
| Apr-26-06 | RDP | Continuing review of case law relied on by plaintiffs in their oppositin to summary judgment; related Legal Research. | 0.10 | $345.00 | 34.50 |
| Apr-27-06 | RDP | Continuing review of cases and Legal Research on plaintiffs' opposition to summary judgment | 0.30 | $345.00 | 103.50 |
| Apr-28-06 | RDP | Legal Research on issues raised in | 3.60 | $345.00 | 1,242.00 |

plaintiffs' response to summary judgment memorandum.

| | | |
|---|---|---|
| Totals | 8.50 | $2,932.50 |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopy Recovery | 13.40 |
| Postage Recovery | 2.37 |
| Totals | $15.77 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$2,948.27** |
| Previous Balance | 15,430.16 |
| **Balance Now Due** | **$18,378.43** |

TAX ID Number 01-0857824

***R. Daniel Prentiss, P.C.***
One Turks Head Place
Suite 380
Providence, RI 02903

Ph:401-824-5150 Fax:401-824-5181

June 2, 2006

Treviicos Corporation
Gregory Sanchez
273 Summer Street
Boston, Massachussets 02210

File #: 13
Inv #: 80

**RE:** R. I Carpenters Annuity Fund, et al v. Trevi Icos Corporation

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| May-01-06 | RDP | Work on reply memorandum on summary judgment | 1.50 | $345.00 | 517.50 |
| May-02-06 | RDP | Work on reply brief | 5.00 | $345.00 | 1,725.00 |
| May-03-06 | RDP | Review and revise reply memorandum; attention to filing with court. | 0.40 | $345.00 | 138.00 |
| May-10-06 | RDP | Telephone call with Clerk's office, changing date of oral argument; Telephone call with Bob City to apprise of change. | 0.20 | $345.00 | 69.00 |
| May-11-06 | RDP | Review legal research in preparation for oral argument | 0.40 | $345.00 | 138.00 |
| May-12-06 | RDP | Prepare for argument on summary judgment motion; attend and particpate in hearing on oral argument in district court. | 3.50 | $345.00 | 1,207.50 |
| | | Totals | 11.00 | | $3,795.00 |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopy Recovery | 15.00 |

| | | |
|---|---|---|
| Totals | $15.00 | |
| **Total Fee & Disbursements** | | **$3,810.00** |
| Previous Balance | | 18,378.43 |
| Previous Payments | | 18,378.43 |
| **Balance Now Due** | | **$3,810.00** |

TAX ID Number 01-0857824

**PAYMENT DETAILS**

| | | |
|---|---|---|
| May-24-06 | Payment received from Trevicos | 18,378.43 |
| | **Total Payments** | **$18,378.43** |

***R. Daniel Prentiss, P.C.***
One Turks Head Place
Suite 380
Providence, RI 02903

Ph:401-824-5150 Fax:401-824-5181

July 6, 2006

Trevi Icos Corporation
Attn: Robert D. City, Esq.
City, Hayes, Meagher & Dissette
50 Congress Street
Boston, Massachussets 02109

File #: 33
Inv #: 113

**RE:** Hart Engineering

| | |
|---|---|
| **Total Fee & Disbursements** | **$0.00** |
| Previous Balance | 282.07 |
| Previous Payments | 282.07 |
| **Balance Now Due** | **$0.00** |

TAX ID Number 01-0857824

**PAYMENT DETAILS**

| | | |
|---|---|---|
| May-24-06 | Payment received from Trevicos | 282.07 |
| | **Total Payments** | **$282.07** |

***R. Daniel Prentiss, P.C.***
One Turks Head Place
Suite 380
Providence, RI 02903

Ph:401-824-5150 Fax:401-824-5181

August 2, 2006

Treviicos Corporation
Gregory Sanchez
273 Summer Street
Boston, Massachussets 02210

File #: 13
Inv #: 149

**RE:** R. I Carpenters Annuity Fund, et al v. Trevi Icos Corporation

**DISBURSEMENTS**

| | | |
|---|---|---|
| Postage Recovery | 5.00 | |
| Totals | $5.00 | |
| **Total Fee & Disbursements** | | **$5.00** |
| Previous Balance | | 3,810.00 |
| **Balance Now Due** | | **$3,815.00** |

TAX ID Number 01-0857824

***R. Daniel Prentiss, P.C.***
One Turks Head Place
Suite 380
Providence, RI 02903

Ph:401-824-5150 Fax:401-824-5181

September 5, 2006

Treviicos Corporation
Gregory Sanchez
273 Summer Street
Boston, Massachussets 02210

| | |
|---|---|
| File #: | 13 |
| Inv #: | 182 |

**RE:** R. I Carpenters Annuity Fund, et al v. Trevi Icos Corporation

**DISBURSEMENTS**

| | | |
|---|---|---|
| Postage Recovery | 3.30 | |
| Totals | $3.30 | |
| **Total Fee & Disbursements** | | **$3.30** |
| Previous Balance | | 3,815.00 |
| **Balance Now Due** | | **$3,818.30** |

TAX ID Number 01-0857824

*R. Daniel Prentiss, P.C.*
One Turks Head Place
Suite 380
Providence, RI 02903

Ph:401-824-5150 Fax:401-824-5181

October 2, 2006

Treviicos Corporation
Gregory Sanchez
273 Summer Street
Boston, Massachussets 02210

File #: 13
Inv #: 214

**RE:** R. I Carpenters Annuity Fund, et al v. Trevi Icos Corporation

**DISBURSEMENTS**

| | | |
|---|---|---|
| Postage Recovery | 1.41 | |
| Totals | $1.41 | |
| **Total Fee & Disbursements** | | **$1.41** |
| Previous Balance | | 3,818.30 |
| **Balance Now Due** | | **$3,819.71** |

TAX ID Number 01-0857824

*R. Daniel Prentiss, P.C.*
One Turks Head Place
Suite 380
Providence, RI 02903

Ph:401-824-5150 Fax:401-824-5181

November 2, 2006

Treviicos Corporation
Gregory Sanchez
273 Summer Street
Boston, Massachussets 02210

File #: 13
Inv #: 247

**RE:** R. I Carpenters Annuity Fund, et al v. Trevi Icos Corporation

**DISBURSEMENTS**

| | | |
|---|---|---|
| Postage Recovery | 1.42 | |
| Totals | $1.42 | |
| **Total Fee & Disbursements** | | **$1.42** |
| Previous Balance | | 3,819.71 |
| **Balance Now Due** | | **$3,821.13** |

TAX ID Number 01-0857824

***R. Daniel Prentiss, P.C.***
One Turks Head Place
Suite 380
Providence, RI 02903

Ph:401-824-5150 Fax:401-824-5181

December 6, 2006

Treviicos Corporation
Gregory Sanchez
273 Summer Street
Boston, Massachussets 02210

File #: 13
Inv #: 278

**RE:** R. I Carpenters Annuity Fund, et al v. Trevi Icos Corporation

**DISBURSEMENTS**

| | | |
|---|---|---|
| Postage Recovery | 0.78 | |
| Totals | $0.78 | |
| **Total Fee & Disbursements** | | **$0.78** |
| Previous Balance | | 3,821.13 |
| **Balance Now Due** | | **$3,821.91** |

TAX ID Number 01-0857824

***R. Daniel Prentiss, P.C.***
One Turks Head Place
Suite 380
Providence, RI 02903

Ph:401-824-5150 Fax:401-824-5181

January 4, 2007

Treviicos Corporation
Gregory Sanchez
273 Summer Street
Boston, Massachussets 02210

File #: 13
Inv #: 301

**RE:** R. I Carpenters Annuity Fund, et al v. Trevi Icos Corporation

**DISBURSEMENTS**

| | | |
|---|---|---|
| Postage Recovery | 0.78 | |
| Totals | $0.78 | |
| **Total Fee & Disbursements** | | **$0.78** |
| Previous Balance | | 3,821.91 |
| **Balance Now Due** | | **$3,822.69** |

TAX ID Number 01-0857824

***R. Daniel Prentiss, P.C.***
One Turks Head Place
Suite 380
Providence, RI 02903

Ph:401-824-5150 Fax:401-824-5181

March 1, 2007

Treviicos Corporation
Gregory Sanchez
273 Summer Street
Boston, Massachussets 02210

File #: 13
Inv #: 357

**RE:** R. I Carpenters Annuity Fund, et al v. Trevi Icos Corporation

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Feb-16-07 | RDP | Review of decision on summary judgment; Telephone call with Bob City | 0.50 | $345.00 | 172.50 |
| Feb-23-07 | RDP | attention to letter from Bob City; review decision; prepare response. | 0.50 | $345.00 | 172.50 |
| | | Totals | 1.00 | | $345.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$345.00** |
| Previous Balance | 3,822.69 |
| **Balance Now Due** | **$4,167.69** |

TAX ID Number 01-0857824

***R. Daniel Prentiss, P.C.***
One Turks Head Place
Suite 380
Providence, RI 02903

Ph:401-824-5150 Fax:401-824-5181

April 5, 2007

Treviicos Corporation
Gregory Sanchez
273 Summer Street
Boston, Massachussets 02210

File #: 13
Inv #: 384

**RE:** R. I Carpenters Annuity Fund, et al v. Trevi Icos Corporation

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Mar-01-07 | RDP | Attention to trial calendar notice; Telephone call with Bob City | 0.60 | $345.00 | 207.00 |
| Mar-02-07 | RDP | Review file in preparation for conference call, and beginning of trial preparation; confrence call with Bob City and John O'Reilly; prepare pro hac vice form and send to O'Reilly. | 2.40 | $345.00 | 828.00 |
| Mar-07-07 | RDP | Review of pretrial order, and begin preparation of pretrial memorandum; review of documents and exhibits. | 0.10 | $345.00 | 34.50 |
| Mar-08-07 | RDP | Preparation of pre-trial memorandum; reveiw of witness list; continuing review of documents and exhibits. | 0.60 | $345.00 | 207.00 |
| Mar-12-07 | RDP | Attention to letter from plaintiff's counsel; letter to Bob City. | 0.50 | $345.00 | 172.50 |
| | RDP | Work on pre-trial memorandum; review of draft of settlement conference statement. | 2.80 | $345.00 | 966.00 |
| Mar-13-07 | RDP | Telephone call with Bob City regarding settlement conference and pretrial memorandum. | 0.30 | $345.00 | 103.50 |

| | | | | | |
|---|---|---|---|---|---|
| Mar-14-07 | RDP | Attention to settlement statement; review and revise; see to filing. | 1.00 | $345.00 | 345.00 |
| Mar-15-07 | RDP | Telephone call with Greg Sanchez; additional work on pretrial memorandum; Telephone call with Bob City; review of documents; attention to letter from Wiens with revised demand. | 2.20 | $345.00 | 759.00 |
| Mar-16-07 | RDP | Telephone call with Greg Sanchez; perpare for conference call; participate in call | 0.90 | $345.00 | 310.50 |
| Mar-19-07 | RDP | Conference with Bob City, John O'Reilly and Greg Sanchez to prepare for settlement conference. | 0.80 | $345.00 | 276.00 |
| | RDP | Prepare for and attend trial calendar call; review of documents; conference with Bob City; trial preparation. | 1.40 | $345.00 | 483.00 |
| | SMY | Preparation and attending settlement conference. | 3.80 | $240.00 | 912.00 |
| Mar-21-07 | RDP | Conference call with Bob City and John O'Reilly; Telephone call with Greg Sanchez. | 1.00 | $345.00 | 345.00 |
| | SMY | Conference with D. Prentiss. Review of file, order. | 0.80 | $240.00 | 192.00 |
| Mar-22-07 | RDP | Prepare exhibit list; | 0.60 | $345.00 | 207.00 |
| | SMY | Review of file, arbitration decisions, research and preparation of exhibits for trial. | 5.00 | $240.00 | 1,200.00 |
| Mar-23-07 | RDP | Telephone call with John O'Reilly; review of transcripts; review of CBAs. | 0.50 | $345.00 | 172.50 |
| Mar-26-07 | RDP | Telephone call with Bob City; Telephone call with clerk's office regarding trial; Telephone call with Mike Dissette; regview of supplemental interrogatory answers. | 0.70 | $345.00 | 241.50 |
| Mar-27-07 | RDP | Attention to trial schedule; exhibit list; | 0.70 | $345.00 | 241.50 |

| | | | | | |
|---|---|---|---|---|---|
| | SMY | Review of documents, preparation of amended pre-trial memorandum, T/C with B. City, attn. to Exhibits. | 1.80 | $240.00 | 432.00 |
| Mar-28-07 | RDP | Telephone call with John O'Reilly; Telephone call with Bob City, discussion of trial and settlement. | 0.50 | $345.00 | 172.50 |
| Mar-29-07 | RDP | Telephone call with Bob City regarding scheduling of meeting. | 0.10 | $345.00 | 34.50 |
| | SMY | Meeting with clerk re exhibit presentation. Review of exhibits. | 0.80 | $240.00 | 192.00 |
| Mar-30-07 | RDP | Telephone call with John O'Reilly; Telephone call with Bob City; review revised interroagatory answer. | 0.40 | $345.00 | 138.00 |
| | Totals | | 30.30 | | $9,172.50 |

**DISBURSEMENTS**

| | |
|---|---|
| Filing Fee | 50.00 |
| Postage Recovery | 0.39 |
| Totals | $50.39 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$9,222.89** |
| Previous Balance | 4,167.69 |
| **Balance Now Due** | **$13,390.58** |

TAX ID Number 01-0857824

*R. Daniel Prentiss, P.C.*
One Turks Head Place
Suite 380
Providence, RI 02903

Ph:401-824-5150 Fax:401-824-5181

May 3, 2007

Treviicos Corporation
Gregory Sanchez
273 Summer Street
Boston, Massachussets 02210

File #: 13
Inv #: 414

**RE:** R. I Carpenters Annuity Fund, et al v. Trevi Icos Corporation

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Apr-02-07 | RDP | Attention to supplemental answers to interrogatories; Telephone call with Bob City and Trevi Icos; | 0.20 | $345.00 | 69.00 |
| Apr-03-07 | RDP | Attention to supplemental answers to interrogatories; letter to Mark Gursky; | 0.40 | $345.00 | 138.00 |
| Apr-04-07 | RDP | Prepare for and attend meeting with contractors and client to prepare for trial. | 3.60 | $345.00 | 1,242.00 |
| Apr-05-07 | RDP | Telephone call with Bob City; | 0.20 | $345.00 | 69.00 |
| Apr-06-07 | RDP | Review of transcript; prepare for hearing. | 1.80 | $345.00 | 621.00 |
| | SMY | Attn. to exhibit production | 0.20 | $240.00 | 48.00 |
| Apr-09-07 | RDP | Telephone call with Bob City; continuing review of transcripts, and other trial Preparation. | 0.90 | $345.00 | 310.50 |
| Apr-10-07 | RDP | Continuing trial preparation | 1.40 | $345.00 | 483.00 |
| | SMY | Preparation of Exhibits, review of Plaintiff's Motion in Limine, preparing and filing supplement to pre-trial memorandum. | 2.40 | $240.00 | 576.00 |

| | | | | | |
|---|---|---|---|---|---|
| Apr-11-07 | RDP | Continuing preparation for trial; Telephone call with Bob City; work on proposed findings of fact. | 1.10 | $345.00 | 379.50 |
| | SMY | Attn. to Exhibits. Conference with D. Prentiss. Research re Plaintiff's motion in limine. Drafting motion. | 7.20 | $240.00 | 1,728.00 |
| Apr-12-07 | RDP | Continue preparation of proposed findings of fact; trial preparation. | 3.40 | $345.00 | 1,173.00 |
| | SMY | Research, review and drafting of memorandum in opposition to motion in limine to exclude witnesses. Review and attention to preparation of exhibits. | 5.50 | $240.00 | 1,320.00 |
| Apr-13-07 | RDP | Attention to proposed findings of fact submitted by Plaintiffs; continuing trial preparation. | 2.00 | $345.00 | 690.00 |
| | SMY | Research, review and drafting of memorandum in opposition to motion in limine to exclude witnesses. Review and attention to preparation of exhibits. | 4.60 | $240.00 | 1,104.00 |
| | SMY | Preparation of trial book, attn. to exhibits, trial preparation. | 3.50 | $240.00 | 840.00 |
| Apr-15-07 | RDP | Trial preparation | 1.70 | $345.00 | 586.50 |
| Apr-16-07 | RDP | Continuing preparation for trial; attend trial, day one; meet with John Roma and Greg Sanchez following trial; trial preparation for next day. | 12.00 | $345.00 | 4,140.00 |
| Apr-17-07 | RDP | Prepare for second day of trial; attend trial; | 9.90 | $345.00 | 3,415.50 |
| Apr-18-07 | RDP | Telephone call with Bob City regarding possible engineer witness; Telephone call with Greg Sanchez with further trial preparation; review of prior transcripts of Donaldson and Covino testimony. | 1.70 | $345.00 | 586.50 |
| Apr-19-07 | RDP | Telephone call with Bob City to discuss trial strategy; Telephone call with John Roma, Tony Covino. | 1.10 | $345.00 | 379.50 |

| | | | | | |
|---|---|---|---|---|---|
| Apr-20-07 | RDP | Review of trial notes and other materials; prepare for meeting with Greg Sanchez; meet with Greg Sanchez; Telephone call with Bob City, Shelia Tharp, Elie Abouker, Gordon Chen. | 2.90 | $345.00 | 1,000.50 |
| Apr-23-07 | RDP | Continuing preparation for trial; attend trial; completion of evidence, conclusion of trial; prepare deposition designations, letter to counsel. | 6.60 | $345.00 | 2,277.00 |
| | SMY | Review of Summary Judgment Decision | 0.20 | $240.00 | 48.00 |
| Apr-27-07 | RDP | Telephone call with John O'Reilly | 0.20 | $345.00 | 69.00 |
| | | Totals | 74.70 | | $23,293.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| | Postage Recovery | 5.67 |
| Apr-16-07 | Photocopy Expense | 1,003.05 |
| | Photocopy Expense | 56.18 |
| Apr-20-07 | Photocopy Expense | 18.73 |
| Apr-23-07 | Photocopy Expense | 32.10 |
| | Totals | $1,115.73 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$24,409.23** |
| Previous Balance | 13,390.58 |
| **Balance Now Due** | **$37,799.81** |

TAX ID Number 01-0857824

*R. Daniel Prentiss, P.C.*
One Turks Head Place
Suite 380
Providence, RI 02903

Ph:401-824-5150 Fax:401-824-5181

June 4, 2007

Treviicos Corporation
Gregory Sanchez
273 Summer Street
Boston, Massachussets 02210

File #: 13
Inv #: 437

**RE:** R. I Carpenters Annuity Fund, et al v. Trevi Icos Corporation

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| May-02-07 | RDP | Attention to deposition designations filed by plaintiffs; | 0.40 | $345.00 | 138.00 |
| May-18-07 | RDP | Review of transcripts, and begin outline for brief; Telephone call with John O'Reilly | 3.60 | $345.00 | 1,242.00 |
| May-21-07 | RDP | Work on post trial brief | 6.60 | $345.00 | 2,277.00 |
| May-22-07 | RDP | Continuation of work on post-trial brief | 4.30 | $345.00 | 1,483.50 |
| May-25-07 | RDP | Continuing work on post trial brief | 0.60 | $345.00 | 207.00 |
| May-29-07 | RDP | Continued work on trial brief | 0.40 | $345.00 | 138.00 |
| May-30-07 | RDP | Continuing work on preparation of post-trial memorandum. | 3.60 | $345.00 | 1,242.00 |
| May-31-07 | RDP | Worok toward completion of first draft of post trial brief; attention to review of memorandum from John O'Reilly. | 3.20 | $345.00 | 1,104.00 |
| | Totals | | 22.70 | | $7,831.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| | Lexis/Westlaw | 43.48 |
| May-08-07 | Postage Expense | 5.55 |
| May-16-07 | Transcripts | 977.04 |
| May-21-07 | Photocopy Expense | 50.93 |
| | Totals | $1,077.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$8,908.50** |
| Previous Balance | 37,799.81 |
| Previous Payments | 13,390.58 |
| **Balance Now Due** | **$33,317.73** |

TAX ID Number 01-0857824

**PAYMENT DETAILS**

| | | |
|---|---|---|
| May-30-07 | Invoice Payment check #41518 | 13,390.58 |
| | **Total Payments** | **$13,390.58** |

**_R. Daniel Prentiss, P.C._**
One Turks Head Place
Suite 380
Providence, RI 02903

Ph:401-824-5150 Fax:401-824-5181

July 6, 2007

Treviicos Corporation
Gregory Sanchez
273 Summer Street
Boston, Massachussets 02210

File #: 13
Inv #: 477

**RE:** R. I Carpenters Annuity Fund, et al v. Trevi Icos Corporation

| DATE | LAWYER | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Jun-01-07 | RDP | Work on completion of post trial brief; | 0.20 | $345.00 | 69.00 |
| Jun-06-07 | RDP | Finish up post trial memorandum; | 1.20 | $345.00 | 414.00 |
| Jun-07-07 | RDP | Final review and revise post trial brief. | 0.90 | $345.00 | 310.50 |
| Jun-08-07 | RDP | Review brief filed by plaintiffs; letter to Bob City, Greg Sanchez, and John O'Reilly. | 0.70 | $345.00 | 241.50 |
| | | Totals | 3.00 | | $1,035.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| | Lexis/Westlaw | 26.20 |
| | Photocopy Recovery | 61.12 |
| Jun-01-07 | Photocopy Expense | 20.80 |
| | Totals | $108.12 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$1,143.12** |
| Previous Balance | 33,317.73 |
| Previous Payments | 24,409.23 |

Case 1:04-cv-00163-S-LDA Document 104-2 Filed 09/18/2007 Page 86 of 87

| | |
|---|---|
| **Balance Now Due** | **$10,051.62** |

TAX ID Number 01-0857824

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Jul-06-07 | Invoice Payment | 24,409.23 |
| | **Total Payments** | **$24,409.23** |

***R. Daniel Prentiss, P.C.***
One Turks Head Place
Suite 380
Providence, RI 02903

Ph:401-824-5150 Fax:401-824-5181

August 6, 2007

Treviicos Corporation
Gregory Sanchez
273 Summer Street
Boston, Massachussets 02210

File #: 13
Inv #: 504

**RE:** R. I Carpenters Annuity Fund, et al v. Trevi Icos Corporation

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| | Lexis/Westlaw | 132.97 | |
| Jul-02-07 | Photocopy Expense for the months of March, April and May | 120.30 | |
| Jul-30-07 | Pacer | 7.35 | |
| | Totals | $260.62 | |
| | **Total Fee & Disbursements** | | **$260.62** |
| | Previous Balance | | 10,051.62 |
| | Previous Payments | | 8,908.50 |
| | **Balance Now Due** | | **$1,403.74** |

TAX ID Number 01-0857824

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Aug-06-07 | Invoice Payment | 8,908.50 |
| | **Total Payments** | **$8,908.50** |