UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, RHODE ISLAND CARPENTERS PENSION FUND, RHODE ISLAND CARPENTERS VACATION FUND, RHODE ISLAND CARPENTERS HEALTH FUND and DONALD LAVIN, in his official capacity as Co-Administrator of the Funds, Plaintiffs, | |
| v. | C.A. No. 04-163S |
| TREVI ICOS CORPORATION, Defendant. | |

**AFFIDAVIT OF JEFFREY S. BRENNER**

I, Jeffrey S. Brenner, being duly sworn, hereby depose and state the following:

1. I have personal knowledge of the facts set forth within this Affidavit.

2. I am an attorney licensed to practice in Rhode Island.

3. I have been licensed to practice law in Rhode Island since 1990. I was a law clerk to the Rhode Island Supreme Court from 1990-1991. I was an associate at Corrente, Brill & Kusinitz from 1991-1997. I was an associate at Peabody & Brown, and later Nixon Peabody after a merger, from 1997-2000. Since February 2000, I have been a partner at Nixon Peabody. My practice of law has concentrated in litigation while in private practice. Since 1991, I have represented litigants in hundreds of lawsuits pending in state

and federal court, at both the trial and appellate levels. Many of these cases involve commercial litigation and contract matters, in which I have represented plaintiffs and defendants.

5. I have experience in litigation under the Employee Retirement and Income Security Act, 29 U.S.C. §1000 *et seq.* ("ERISA"). I was counsel for the plaintiff in Cottrill v. Sparrow, Johnson & Ursillo, 100 F.3d 220, 225 (1st Cir. 1996), which established the standards in this Circuit for the assessment of petitions for awards of attorneys fees under ERISA.

6. I have familiarity with the usual and customary charges by attorneys practicing in Rhode Island in litigation matters. I have participated in litigation in which this topic was in issue beginning in 1992, and I have presented in seminars on this topic for several years. Additionally, I have presented evidence as an expert in the field of attorneys' fees, and the reasonableness of the rates charged by attorneys in Rhode Island in several lawsuits.

7. I am personally familiar with attorney R. Daniel Prentiss. I have sufficient familiarity with the nature and quality of his work, and with his experience as a litigation attorney in Rhode Island, to give this opinion regarding the reasonableness of the rates charged by him in this matter.

8. I am informed that the defendant in this case has moved for an award of attorneys' fees for the following attorneys, at the rates given below, for work performed between 2005 and the present:

| Attorney | Position | Years of practice (current) | Year | Hourly fee |
|---|---|---|---|---|
| R. Daniel Prentiss | Partner | 32 | 2005 | $365 to $375 |
| | | | 2006-07 | $345 |
| Jennifer Cervenka | Associate | 10 | 2005 | $255 |
| | | | 2005-06 | $265 |

| | | | | |
|---|---|---|---|---|
| Robert J. Crohan | Associate | 12 | 2006 | $225 |
| John P. Walsh | Associate | 4 | 2005 | $215 |
| Seth M. Yurdin | Associate | 10 | 2007 | $240 |

9. It is my opinion that the hourly fees set forth above are fair and reasonable charges for the attorneys for whom they were charged, and commensurate with the fees charged in the community by attorneys with similar levels of experience.

Jeffrey S. Brenner

STATE OF RHODE ISLAND
PROVIDENCE COUNTY

SUBSCRIBED AND SWORN to before me this 18th day of September, 2007.

Notary Public
My commission expires:

MARYANN RYONE
Notary Public
State of Rhode Island
My Commission Expires May 27, 2008

10730092.1