UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND CARPENTERS ANNUITY FUND, et al. | : | |
| v. | : | C.A. No. 04-163S |
| TREVI ICOS CORPORATION | : | |

**WITHDRAWAL OF APPEARANCE**

I, Seth Yurdin, of R. Daniel Prentiss, P.C. hereby withdraw my appearance on behalf of defendant TREVI ICOS CORPORATION in the above-referenced matter.

Respectfully submitted,
TREVI ICOS CORPORATION,
By its attorneys,

**R. DANIEL PRENTISS, P.C.**

/s/Seth Yurdin
Seth Yurdin (#7407)
One Turks Head Plaza, Suite 380
Providence, RI 02903
(401) 824-5150
(401) 824-5181 (fax)
syurdin@prentisslaw.com

**CERTIFICATION**

I hereby certify that on this 19th day of February, 2008, this document was filed electronically and is available for reviewing and downloading to the ECF registered counsel of record.

Elizabeth Wiens, Esq.
Gursky Law Associates
420 Scrabbletown Road, Suite C
North Kingstown, RI 02852

839/13/1564